# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE  Lois Bloom            DATE:  6/13/2023

DOCKET NUMBER:  23 CR 146 (DG)           LOG #:  2:28 - 2:52

DEFENDANT'S NAME:  Nicole Daedone (surrender)
  _X_ Present   ___ Not Present   _X_ Custody   ___ Bail

DEFENSE COUNSEL:  Julia Gatto
  ___ Federal Defender   ___ CJA   _X_ Retained

A.U.S.A  Gillian Kassner            CLERK:  SM Yuen

Probation: _____ (Language) _____

- ✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation
- ✓ Defendant pleads NOT GUILTY to ALL counts.
- ___ Rule 5f Order read into the record.
- ✓ BAIL HEARING Held.   ___ Defendant's first appearance.
  - ✓ Bond set at  $1 million    Defendant ✓ released ___ held pending satisfaction of bond conditions.
  - ✓ Defendant advised of bond conditions set by the Court and signed the bond.
  - 3 Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  - ___ (Additional) surety/ies to co-sign bond by _____
  - ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted
- ___ Temporary Order of Detention Issued.  Bail Hearing set for _____
- ___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.
- ✓ Order of Excludable Delay/Speedy Trial entered.  Start 6/13/2023  Stop 6/21/2023
- ___ Medical memo issued.
- ___ Defendant failed to appear; bench warrant issued.
- ___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _____