## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   **Cheryl L. Pollak**         DATE:   **6/20/23**

DOCKET NUMBER:   **23CR146(DG)**         Log #:  **11:39 – 11:59**

DEFENDANT'S NAME:   **Rachel Cherwitz**
   ✓ Present   ___ Not Present   ___ Custody   ✓ Bail

DEFENSE COUNSEL:   **Jenny Kramer**
   ___ Federal Defender   ___ CJA   ___ Retained

A.U.S.A:   **Gillian Kassner & Lauren Elbert**   CLERK:   **Felix Chin**

INTERPRETER: _____   (Language) _____

✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation
✓ Defendant pleads NOT GUILTY to ALL counts.
___ DETENTION HEARING Held.   ✓ Defendant's first appearance.
   ✓ Bond set at **$300,000**. Defendant ✓ released ___ held pending satisfaction of bond conditions.
   ✓ Defendant advised of bond conditions set by the Court and signed the bond.
   **2** Surety(ies) sworn, advised of bond obligations by the Court and signed the bond. *(1 via telephone)*
   ___ (Additional) surety/ies to co-sign bond by _____
   ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted
___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start **6/20/23** Stop **6/21/23**

✓ Rule 5f warnings given to the govt.   ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for **6/21/23** @ **10:00** before Judge **Gujarati**

Other Rulings: _____