**DOCKET NUMBER:**   __CR 23-CR-146 (DG)__

### CRIMINAL CAUSE FOR INITIAL STATUS CONFERENCE

**BEFORE JUDGE: Diane Gujarati USDJ**       **DATE:** 6/21/2023   **TIME IN COURT:** _HOUR_ **12** MINS

**DEFENDANT'S NAME: Rachel Cherwitz**       **DEFENDANT'S #:** __001__

■     Present     ❑     Not Present     ❑     Custody     ■     Not in Custody

**DEFENSE COUNSEL: Jenny Kramer**

❑     Federal Defender     ❑     CJA     ■     Retained

**DEFENDANT'S NAME: Nicole Daedone**   **DEFENDANT'S #:**   __002__

■     Present     ❑     Not Present     ❑     Custody     ■     Not in Custody

**DEFENSE COUNSEL: Reid Henry Weingarten and Julia Gatto**

❑     Federal Defender     ❑     CJA     ■     Retained

**A.U.S.A.: Gillian Kassner and Lauren Howard Elbert**

**CASE MANAGER:**   __Kelly Almonte__

**COURT REPORTER: Rivka Teich**

| | |
|---|---|
| ❑ Arraignment | ❑ Revocation of Probation non-contested |
| ❑ Change of Plea Hearing (~*Util-Plea Entered*) | ❑ Revocation of Probation contested |
| ❑ In Chambers Conference | ❑ Sentencing non-evidentiary |
| ❑ Pre-Trial Conference | ❑ Sentencing Contested |
| ■ Initial Appearance | ❑ Revocation of Supervised Release evidentiary |
| ❑ Status Conference | ❑ Revocation of Supervised Release non-evidentiary |
| ❑ Video Conference | |

**UTILITIES**

| | | |
|---|---|---|
| ❑ ~Util-Plea Entered | ❑ ~Util-Add terminate Attorneys | ❑ ~Util-Bond Set/Reset |
| ❑ ~Util-Exparte Matter | ❑ ~Util-Indictment Un Sealed | ❑ ~Util-Information Unsealed |
| ❑ ~Util-Set/Reset Deadlines | ❑ ~Util-Set/Reset Deadlines/Hearings | ■ ~Util-Set/Reset Hearings |

**Speedy Trial Exclusion Start Date:**  6/21/23  **Speedy Trial Stop Date:** 7/26/23   **CODE TYPE: XT**

**Do these minutes contain ruling(s) on motion(s)?**     ❑     YES     ■     NO

**TEXT** Initial Status Conference as to Rachel Cherwitz (1) and Nicole Daedone (2) held on June 21, 2023 before Judge Diane Gujarati.   Gillian Kassner and Lauren Howard Elbert appeared on behalf of the Government.   Paralegal Anna November also present.   Jenny Kramer, who was instructed to file a notice of appearance, appeared on behalf of Defendant Rachel Cherwitz (1).   Reid Henry Weingarten and Julia Gatto appeared on behalf of Defendant Nicole Daedone (2).   Both defendants present and on bond.   The Government was reminded to comply with all applicable victim notification requirements.   For the reasons set forth on the record, the period from June 21, 2023 to July 26, 2023 was excluded from the computation of the time within which the trial of this matter must commence, pursuant to 18 U.S.C. § 3161(h)(7)(A).   Next Status Conference set for July 26, 2023 at 10:30 a.m. before Judge Diane Gujarati in Courtroom 4B South.