**DOCKET NUMBER:** <u>CR 23-CR-146 (DG)</u>

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**BEFORE JUDGE:** <u>Diane Gujarati USDJ</u>    **DATE:** <u>7/26/2023</u>    **TIME IN COURT:** <u> </u> HOUR <u>16</u> MINS

**DEFENDANT'S NAME:** <u>Rachel Cherwitz</u>    **DEFENDANT'S #:** <u>001</u>
- ☒ Present    ☐ Not Present    ☐ Custody    ☒ Not in Custody

**DEFENSE COUNSEL:** <u>Jenny Kramer</u>

☐ Federal Defender    ☐ CJA    ☒ Retained

**DEFENDANT'S NAME:** <u>Nicole Daedone</u>    **DEFENDANT'S #:** <u>002</u>
- ☒ Present    ☐ Not Present    ☐ Custody    ☒ Not in Custody

**DEFENSE COUNSEL:** <u>Reid Henry Weingarten and Julia Gatto</u>

☐ Federal Defender    ☐ CJA    ☒ Retained

**A.U.S.A.:** <u>Gillian Kassner and Lauren Howard Elbert</u>

**CASE MANAGER:** <u>Kelly Almonte</u>

**COURT REPORTER:** <u>Charleane Heading</u>

- ☐ Arraignment
- ☐ Change of Plea Hearing (~*Util-Plea Entered*)
- ☐ In Chambers Conference
- ☐ Pre-Trial Conference
- ☐ Initial Appearance
- ☒ Status Conference
- ☐ Video Conference
- ☐ Revocation of Probation non-contested
- ☐ Revocation of Probation contested
- ☐ Sentencing non-evidentiary
- ☐ Sentencing Contested
- ☐ Revocation of Supervised Release evidentiary
- ☐ Revocation of Supervised Release non-evidentiary

**UTILITIES**
- ☐ ~Util-Plea Entered    ☐ ~Util-Add terminate Attorneys    ☐ ~Util-Bond Set/Reset
- ☐ ~Util-Exparte Matter    ☐ ~Util-Indictment Un Sealed    ☐ ~Util-Information Unsealed
- ☐ ~Util-Set/Reset Deadlines    ☐ ~Util-Set/Reset Deadlines/Hearings    ☒ ~Util-Set/Reset Hearings

**Speedy Trial Exclusion Start Date:** <u>7/26/23</u>    **Speedy Trial Stop Date:** <u>10/3/23</u>    **CODE TYPE:** <u>XT</u>

**Do these minutes contain ruling(s) on motion(s)?**    ☐ YES    ☒ NO

**TEXT** Status Conference as to Rachel Cherwitz (1) and Nicole Daedone (2) held on July 26, 2023 before Judge Diane Gujarati. Gillian Kassner and Lauren Howard Elbert appeared on behalf of the Government. Jenny Rebeca Kramer appeared on behalf of Defendant Rachel Cherwitz (1). Reid Henry Weingarten and Julia Gatto appeared on behalf of Defendant Nicole Daedone (2). Both defendants present and on bond. For the reasons set forth on the record, the period from July 26, 2023 to October 3, 2023 was excluded from the computation of the time within which the trial of this matter must commence, pursuant to 18 U.S.C. § 3161(h)(7)(A). Next Status Conference set for October 3, 2023 at 10:30 a.m. before Judge Diane Gujarati in Courtroom 4B South.