

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LHE:GK/JRS/DL
F. #2018R01401

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 16, 2023

By Email and ECF

Julia Gatto, Esq.
Steptoe & Johnson
1114 Avenue of the Americas
New York, NY 10036
212-506-3900
jgatto@steptoe.com

Jenny Kramer, Esq.
ALSTON & BIRD
90 Park Avenue
New York, NY 10016
+1 212 210 9420
Jenny.Kramer@alston.com

Reid Henry Weingarten, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
202-429-3000
rweingarten@steptoe.com

*Counsel for Rachel Cherwitz*

*Counsel for Nicole Daedone*

    Re: United States v. Rachel Cherwitz and Nicole Daedone
       Criminal Docket No. 23-146 (DG)

Dear Counsel:

    Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery is being produced to you pursuant to the Protective Order in the above-captioned matter, entered on June 26, 2023. ECF Dkt. No. 26. The records at Bates-number ONETASTE00072948 – ONETASTE00076002 were provided by an individual identified as Individual #2, whose identity will be disclosed to counsel separately.

  I. The Government's Discovery

    A. Statements of the Defendants

- Text message correspondence between Individual #2 and Nicole Daedone (ONETASTE00072948 – ONETASTE00073170);

- E-mail correspondence exchanged by Nicole Daedone and other OneTaste members and employees (ONETASTE00073171 – ONETASTE00073583);

- Text message correspondence between Individual #2 and Rachel Cherwitz (ONETASTE00073584 – ONETASTE00073828); and

- E-mail correspondence exchanged by Rachel Cherwitz and other OneTaste members and employees (ONETASTE00073829 – ONETASTE00074728).

B. <u>Documents and Tangible Objects</u>

- Records from Bill.com (ONETASTE00025882 – ONETASTE00031851);

- Text and email correspondence exchanged by OneTaste members and leadership, a subset of which contain statements of either or both defendants (ONETASTE00031852 – ONETASTE00072947);

- Photos from OneTaste events and residences previously stored on an iPhone in the possession of Individual #3, a former OneTaste member (ONETASTE00074729 – ONETASTE00074937);

- Photos from OneTaste events previously stored on an iPhone in the possession of Individual #4, a former OneTaste member (ONETASTE00074938 – ONETASTE00075022);

- Email correspondence exchanged by OneTaste sales team members (ONETASTE00075023 – ONETASTE00075611);

- Text message correspondence exchanged by OneTaste sales team members and Individual #2 (ONETASTE00075612 – ONETASTE00076311);

- Additional videos, photos, and video editing files related to OneTaste courses, business practices, publicity, and other offerings, a subset of which contain statements of either one or both defendants, provided by Individual #1, whose identity was previously disclosed to you (ONETASTE00076312 – ONETASTE00076323); and

- Videos, photos, and video editing files related to OMHub, provided by Individual #1, whose identity was previously disclosed to you (ONETASTE00076324 – ONETASTE00080350).

Please contact DupeCoop at dupecoop@mac.com and reference the above-captioned case to obtain a copy of the discovery.

You may examine physical evidence discoverable under Rule 16, including original documents, by calling me to arrange a mutually convenient time.

2

The government renews its request for reciprocal discovery from the defendants. Please note that the defendants' obligations under Fed. R. Crim. P. 16(b) include identification of "all non-impeachment exhibits [the defendants] intend to use in their defense at trial, whether the exhibits will be introduced through a government witness or a witness called by a Defendant." United States v. Napout, No. 15-CR-252 (PKC), 2017 WL 6375729, at *7 (E.D.N.Y. Dec. 12, 2017); accord United States v. Smothers, No. 20-CR-213 (KAM), 2023 WL 348870, at *22 (E.D.N.Y. Jan. 20, 2023).

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

BREON PEACE
United States Attorney

By:  /s/ Lauren H. Elbert
Lauren H. Elbert
Gillian Kassner
Devon Lash
Jonathan Siegel
Assistant U.S. Attorney
(718) 254-7000

Enclosures

cc:   Clerk of the Court (DG) (by ECF) (without enclosures)