

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LHE:GK/JRS/DL
F. #2018R01401

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 6, 2023

By Email and ECF

| | |
|---|---|
| Julia Gatto, Esq.<br>Steptoe & Johnson<br>1114 Avenue of the Americas<br>New York, NY 10036<br>212-506-3900<br>jgatto@steptoe.com | Jenny Kramer, Esq.<br>ALSTON & BIRD<br>90 Park Avenue<br>New York, NY 10016<br>+1 212 210 9420<br>Jenny.Kramer@alston.com |
| Reid Henry Weingarten, Esq.<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>202-429-3000<br>rweingarten@steptoe.com | *Counsel for Rachel Cherwitz* |

*Counsel for Nicole Daedone*

> Re: United States v. Rachel Cherwitz and Nicole Daedone
> Criminal Docket No. 23-146 (DG)

Dear Counsel:

    Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery is being produced to you pursuant to the Protective Order in the above-captioned matter, entered on June 26, 2023. ECF Dkt. No. 26. A subset of the records herein was provided by individuals identified as Individual #5, Individual #6, Individual #7 and Individual #8, whose identities will be disclosed to counsel separately. Additionally, the records at Bates-number ONETASTE00080774 – ONETASTE00102361 were provided by Individual #2, whose identity was previously disclosed to counsel.

I. The Government's Discovery

    A. Documents and Tangible Objects

- Documents related to OneTaste courses, events, and activities, provided by Individual #5 (ONETASTE0080351 – ONETASTE00080690);

- Documents related to OneTaste courses, events, activities, and policies, provided by Individual #6 (ONETASTE00080691 – ONETASTE00080749);

- Audio recordings of OneTaste courses, presentations, and meetings, a subset of which contain statements of either one or both defendants, provided by Individual #7 (ONETASTE00080750 – ONETASTE00080773);

- Videos, photos, and video editing files related to OneTaste courses, business practices, publicity, and other offerings, a subset of which contain statements of either one or both defendants, provided by Individual #2 (ONETASTE00080774 – ONETASTE00102361); and

- Documents, video files, and audio files related to OneTaste business operations, courses, and other offerings, a subset of which contain statements of either one or both defendants, provided by Individual #8 (ONETASTE00102362 – ONETASTE00112704).

Please contact DupeCoop at dupecoop@mac.com and reference the above-captioned case to obtain a copy of the discovery. You may examine physical evidence discoverable under Rule 16, including original documents, by calling me to arrange a mutually convenient time.

The government renews its request for reciprocal discovery from the defendants. Please note that the defendants' obligations under Fed. R. Crim. P. 16(b) include identification of "all non-impeachment exhibits [the defendants] intend to use in their defense at trial, whether the exhibits will be introduced through a government witness or a witness called by a Defendant." United States v. Napout, No. 15-CR-252 (PKC), 2017 WL 6375729, at *7 (E.D.N.Y. Dec. 12, 2017); accord United States v. Smothers, No. 20-CR-213 (KAM), 2023 WL 348870, at *22 (E.D.N.Y. Jan. 20, 2023).

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

BREON PEACE
United States Attorney

By:   /s/ Lauren H. Elbert
Lauren H. Elbert
Gillian Kassner
Devon Lash
Jonathan Siegel
Assistant U.S. Attorney
(718) 254-7000

Enclosures
cc:    Clerk of the Court (DG) (by ECF) (without enclosures)