**DOCKET NUMBER: <u>CR 23-cr-146-All (DG)</u>**

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**BEFORE JUDGE: <u>Diane Gujarati USDJ</u>**      **DATE: <u>10/3/2023</u>**      **TIME IN COURT <u>19</u> MINS**

**DEFENDANT'S NAME: <u>Rachel Cherwitz</u>**      **DEFENDANT'S #: <u>1</u>**

■   Present      ☐   Not Present      ☐   Custody      ■   Not in Custody

**DEFENSE COUNSEL: <u>Jenny Rebeca Kramer & Rachel Finkel</u>**
☐   Federal Defender      ☐   CJA      ■   Retained

**DEFENDANT'S NAME: <u>Nicole Daedone</u>**   **DEFENDANT'S #: <u>2</u>**

■   Present      ☐   Not Present      ☐   Custody      ■   Not in Custody

**DEFENSE COUNSEL: <u>Julia Gatto & Reid Henry Weingarten</u>**
☐   Federal Defender      ☐   CJA      ■   Retained

**A.U.S.A.: <u>Jonathan Siegel</u>**

**CASE MANAGER:   <u>Andrew Jackson</u>**

**COURT REPORTER: <u>Leeann Musolf</u>**

| | | | |
|---|---|---|---|
| ☐ Arraignment | | ☐ | Revocation of Probation non-contested |
| ☐ Change of Plea Hearing (~*Util-Plea Entered*) | | ☐ | Revocation of Probation contested |
| ☐ In Chambers Conference | | ☐ | Sentencing non-evidentiary |
| ☐ Pre-Trial Conference | | ☐ | Sentencing Contested |
| ☐ Initial Appearance | | ☐ | Revocation of Supervised Release evidentiary |
| ■ Status Conference | | ☐ | Revocation of Supervised Release non-evidentiary |
| ☐ Video Conference | | | |

## UTILITIES

| | | |
|---|---|---|
| ☐ ~Util-Plea Entered | ☐ ~Util-Add terminate Attorneys | ☐ ~Util-Bond Set/Reset |
| ☐ ~Util-Exparte Matter | ☐ ~Util-Indictment Un Sealed | ☐ ~Util-Information Unsealed |
| ☐ ~Util-Set/Reset Deadlines | ☐ ~Util-Set/Reset Deadlines/Hearings | ☐ ~Util-Set/Reset Hearings |

**Speedy Trial Exclusion Start Date: <u>10/3/2023</u>**      **Speedy Trial Stop Date: <u>10/25/2023</u>   CODE TYPE: <u>XT</u>**

**Do these minutes contain ruling(s) on motion(s)?**      ☐   YES      ■   NO

**TEXT:** Minute Entry for proceedings held before Judge Diane Gujarati: Status Conference as to Rachel Cherwitz (1) and Nicole Daedone (2) held on October 3, 2023 before Judge Diane Gujarati. Jonathan Siegel appeared on behalf of the Government. Paralegal Anna November also present. Jenny Rebeca Kramer and Rachel Finkel appeared on behalf of Defendant Rachel Cherwitz (1). Reid Henry Weingarten and Julia Gatto appeared on behalf of Defendant Nicole Daedone (2). Both defendants present and on bond. The Court scheduled a *Curcio* hearing for October 25, 2023 at 10:30 a.m. and directed the parties to, by October 11, 2023, jointly propose questions to be asked of the Defendants at the hearing.  For the reasons set forth on the record, the period from October 3, 2023 to October 25, 2023 was excluded from the computation of the time within which the trial of this matter must commence, pursuant to 18 U.S.C. § 3161(h)(7)(A).