

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

LHE:GK/JRS/DL
F. #2018R01401

*271 Cadman Plaza East
Brooklyn, New York 11201*

October 6, 2023

By Email and ECF

Julia Gatto, Esq.
Steptoe & Johnson
1114 Avenue of the Americas
New York, NY 10036
212-506-3900
jgatto@steptoe.com

Jenny Kramer, Esq.
ALSTON & BIRD
90 Park Avenue
New York, NY 10016
+1 212 210 9420
Jenny.Kramer@alston.com

*Counsel for Rachel Cherwitz*

Reid Henry Weingarten, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
202-429-3000
rweingarten@steptoe.com

*Counsel for Nicole Daedone*

Re: United States v. Rachel Cherwitz and Nicole Daedone
Criminal Docket No. 23-146 (DG)

Dear Counsel:

Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery is being produced to you pursuant to the Protective Order in the above-captioned matter, entered on June 26, 2023. ECF Dkt. No. 26. A subset of the records herein was provided by individuals whose identities will be disclosed to counsel separately or whose identities have been previously disclosed to counsel.

I. The Government's Discovery

A. Documents and Tangible Objects

- Documents related to financial transactions and tax payments made by Nicole Daedone, OneTaste, and affiliated organizations (ONETASTE00208524 - ONETASTE00217087);[1]

- Email and text correspondence exchanged by OneTaste members regarding allegations of sexual misconduct or abuse in connection with their participation in OneTaste (ONETASTE002170878 - ONETASTE00217265);

- Documents related to financial transactions made by Nicole Daedone, OneTaste, and affiliated organizations (ONETASTE00217266 - ONETASTE00221575);

- Pen Register and precise location data for phone number ending in -8505 (ONETASTE00221576 - ONETASTE00221577);

- Records from the New York Department of State (ONETASTE00221578- ONETASTE00221599);

- Records from Sprint (ONETASTE00221600 - ONETASTE00221641);

- Records from Yahoo (ONETASTE00221642 - ONETASTE00221643); and

- Miscellaneous photos and screenshots provided by Individual #23, whose identity will be provided to counsel separately (ONETASTE00221644 - ONETASTE00221649).

Please contact DupeCoop at dupecoop@mac.com and reference the above-captioned case to obtain a copy of the discovery. You may examine physical evidence discoverable under Rule 16, including original documents, by calling me to arrange a mutually convenient time.

The government renews its request for reciprocal discovery from the defendants. Please note that the defendants' obligations under Fed. R. Crim. P. 16(b) include identification of "all non-impeachment exhibits [the defendants] intend to use in their defense at trial, whether the exhibits will be introduced through a government witness or a witness called by a Defendant." United States v. Napout, No. 15-CR-252 (PKC), 2017 WL 6375729, at *7 (E.D.N.Y. Dec. 12, 2017); accord United States v. Smothers, No. 20-CR-213 (KAM), 2023 WL 348870, at *22 (E.D.N.Y. Jan. 20, 2023).

---

[1] The records at ONETASTE00214868 - ONETASTE00214884 are password protected, but the government is not in possession of the password. In the event the government receives the password to the documents, it will review and produce the documents promptly.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

BREON PEACE
United States Attorney

By:   /s/ Lauren H. Elbert
      Lauren H. Elbert
      Gillian Kassner
      Devon Lash
      Jonathan Siegel
      Assistant U.S. Attorney
      (718) 254-7000

Enclosures
cc:   Clerk of the Court (DG) (by ECF) (without enclosures)