

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LHE:GK/JRS/DL
F. #2018R01401

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 20, 2023

By Email and ECF

Julia Gatto, Esq.
Steptoe & Johnson
1114 Avenue of the Americas
New York, NY 10036
212-506-3900
jgatto@steptoe.com

Jenny Kramer, Esq.
ALSTON & BIRD
90 Park Avenue
New York, NY 10016
+1 212 210 9420
Jenny.Kramer@alston.com

Reid Henry Weingarten, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
202-429-3000
rweingarten@steptoe.com

*Counsel for Rachel Cherwitz*

*Counsel for Nicole Daedone*

> Re:   United States v. Rachel Cherwitz and Nicole Daedone
> Criminal Docket No. 23-146 (DG)

Dear Counsel:

Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery is being produced to you pursuant to the Protective Order in the above-captioned matter, entered on June 26, 2023.  ECF Dkt. No. 26.

I.      The Government's Discovery

A.   Documents and Tangible Objects

- Pen Register data for an email address associated with Nicole Daedone (ONETASTE00221650).

Please contact DupeCoop at dupecoop@mac.com and reference the above-captioned case to obtain a copy of the discovery. You may examine physical evidence

discoverable under Rule 16, including original documents, by calling me to arrange a mutually convenient time.

    The government renews its request for reciprocal discovery from the defendants. Please note that the defendants' obligations under Fed. R. Crim. P. 16(b) include identification of "all non-impeachment exhibits [the defendants] intend to use in their defense at trial, whether the exhibits will be introduced through a government witness or a witness called by a Defendant." United States v. Napout, No. 15-CR-252 (PKC), 2017 WL 6375729, at *7 (E.D.N.Y. Dec. 12, 2017); accord United States v. Smothers, No. 20-CR-213 (KAM), 2023 WL 348870, at *22 (E.D.N.Y. Jan. 20, 2023).

    If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

            Very truly yours,

            BREON PEACE
            United States Attorney

      By:  /s/ Lauren H. Elbert
            Lauren H. Elbert
            Gillian Kassner
            Devon Lash
            Jonathan Siegel
            Assistant U.S. Attorney
            (718) 254-7000

Enclosures
cc:  Clerk of the Court (DG) (by ECF) (without enclosures)