**DOCKET NUMBER:** CR 23-CR-146 (DG)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**BEFORE JUDGE:** Diane Gujarati USDJ     **DATE:** 10/25/2023     **TIME IN COURT:** ___ HRS 38 MINS

**DEFENDANT'S NAME:** Rachel Cherwitz     **DEFENDANT'S #:** 001
■ Present     ☐ Not Present     ☐ Custody     ■ Not in Custody

**DEFENSE COUNSEL:** Jenny Kramer

☐ Federal Defender     ☐ CJA     ■ Retained

**DEFENDANT'S NAME:** Nicole Daedone     **DEFENDANT'S #:** 002
■ Present     ☐ Not Present     ☐ Custody     ■ Not in Custody

**DEFENSE COUNSEL:** Reid Henry Weingarten and Julia Gatto
☐ Federal Defender     ☐ CJA     ■ Retained

**A.U.S.A.:** Gillian Kassner and Lauren Howard Elbert

**CASE MANAGER:** Drew D'Agostino

**COURT REPORTER:** Michele Lucchese

☐ Arraignment                                    ☐ Revocation of Probation non-contested
☐ Change of Plea Hearing (~Util-Plea Entered)    ☐ Revocation of Probation contested
☐ In Chambers Conference                         ☐ Sentencing non-evidentiary
☐ Pre-Trial Conference                           ☐ Sentencing Contested
☐ Initial Appearance                             ☐ Revocation of Supervised Release evidentiary
☐ Status Conference                              ☐ Revocation of Supervised Release non-
☐ Video Conference                                  evidentiary
■ Other Evidentiary Hearing Contested    **TYPE OF HEARING:** Curcio

**UTILITIES**

☐ ~Util-Plea Entered           ☐ ~Util-Add terminate Attorneys       ☐ ~Util-Bond Set/Reset
☐ ~Util-Exparte Matter         ☐ ~Util-Indictment Un Sealed          ☐ ~Util-Information Unsealed
☐ ~Util-Set/Reset Deadlines    ☐ ~Util-Set/Reset Deadlines/Hearings  ■ ~Util-Set/Reset Hearings

**Speedy Trial Exclusion Start Date:** 10/25/23   **Speedy Trial Stop Date:** 11/17/23   **CODE TYPE:** XT

**Do these minutes contain ruling(s) on motion(s)?**     ☐ YES     ■ NO

**TEXT:** *Curcio* hearing as to Rachel Cherwitz (1) and Nicole Daedone (2) held on October 25, 2023 before Judge Diane Gujarati. AUSAs Gillian Kassner and Lauren Howard Elbert appeared on behalf of the Government. Paralegal Anna November also present. Jenny Rebeca Kramer appeared on behalf of Defendant Rachel Cherwitz (1). Celia Cohen also present. Reid Henry Weingarten and Julia Gatto appeared on behalf of Defendant Nicole Daedone (2). Aaron Mysliwiec also present. Both defendants present and on bond. Continued Curcio hearing set for November 17, 2023 at 11:00 a.m. before Judge Diane Gujarati in Courtroom 4B South. For the reasons set forth on the record, the period from October 25, 2023 to November 17, 2023 was excluded from the computation of the time within which the trial of this matter must commence, pursuant to 18 U.S.C. § 3161(h)(7)(A).