**DOCKET NUMBER:**   <u>CR 23-CR-146 (DG)</u>

CRIMINAL CAUSE FOR STATUS CONFERENCE

**BEFORE JUDGE:** <u>Diane Gujarati USDJ</u>   **DATE:** <u>11/17/2023</u>   **TIME IN COURT:** __HRS <u>34</u> MINS

**DEFENDANT'S NAME:** <u>Rachel Cherwitz</u>   **DEFENDANT'S #:** <u>001</u>
■ Present   ☐ Not Present   ☐ Custody   ■ Not in Custody

**DEFENSE COUNSEL:** <u>Jenny Kramer</u>

☐ Federal Defender   ☐ CJA   ■ Retained

**DEFENDANT'S NAME:** <u>Nicole Daedone</u>   **DEFENDANT'S #:** <u>002</u>
■ Present   ☐ Not Present   ☐ Custody   ■ Not in Custody

**DEFENSE COUNSEL:** <u>Reid Henry Weingarten and Julia Gatto</u>
☐ Federal Defender   ☐ CJA   ■ Retained

**A.U.S.A.:** <u>Gillian Kassner and Lauren Howard Elbert</u>

**CASE MANAGER:** <u>Drew D'Agostino</u>

**COURT REPORTER:** <u>Avery Armstrong</u>

| | | |
|---|---|---|
| ☐ Arraignment | ☐ Revocation of Probation non-contested |
| ☐ Change of Plea Hearing (~*Util-Plea Entered*) | ☐ Revocation of Probation contested |
| ☐ In Chambers Conference | ☐ Sentencing non-evidentiary |
| ☐ Pre-Trial Conference | ☐ Sentencing Contested |
| ☐ Initial Appearance | ☐ Revocation of Supervised Release evidentiary |
| ☐ Status Conference | ☐ Revocation of Supervised Release non-evidentiary |
| ☐ Video Conference | |
| ■ Other Evidentiary Hearing Contested | TYPE OF HEARING: *Curcio* |

**UTILITIES**
☐ ~Util-Plea Entered   ☐ ~Util-Add terminate Attorneys   ☐ ~Util-Bond Set/Reset
☐ ~Util-Exparte Matter   ☐ ~Util-Indictment Un Sealed   ☐ ~Util-Information Unsealed
☐ ~Util-Set/Reset Deadlines   ☐ ~Util-Set/Reset Deadlines/Hearings   ■ ~Util-Set/Reset Hearings

**Speedy Trial Exclusion Start Date: 11/17/2023**   **Speedy Trial Stop Date: 02/01/2024**   **CODE TYPE:** <u>XT</u>

**Do these minutes contain ruling(s) on motion(s)?**   ☐ YES   ■ NO

**TEXT:** Minute Entry for proceedings held before Judge Diane Gujarati: Continued *Curcio* hearing and Status Conference as to Rachel Cherwitz (1) and Nicole Daedone (2) held on November 17, 2023, before Judge Diane Gujarati. AUSAs Gillian Kassner and Lauren Howard Elbert appeared on behalf of the Government. Paralegal Anna November also present. Jenny Rebeca Kramer appeared on behalf of Defendant Rachel Cherwitz (1). Reid Henry Weingarten and Julia Gatto appeared on behalf of Defendant Nicole Daedone (2). Both defendants present and on bond. *Curcio* hearing continued. Defendant Cherwitz waived her right to conflict-free counsel. Defendant Daedone waived her right to conflict-free counsel.  Status conference then held.  The parties were directed to file, by December 1, 2023, a joint letter proposing a briefing schedule for pretrial motions. For the reasons set forth on the record, the period from November 17, 2023, to February 1, 2024, was excluded from the computation of the time within which the trial of this matter must commence, pursuant to 18 U.S.C. § 3161(h)(7)(A). Next status conference set for February 1, 2024, at 10:30 a.m. before Judge Diane Gujarati in Courtroom 4B South. (Court Reporter Avery Armstrong)