UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  v.<br><br>RACHEL CHERWITZ, and<br>NICOLE DAEDONE,<br><br>         Defendants. | No. 23-cr-146 (DG)<br><br>ORAL ARGUMENT REQUESTED |

**NOTICE OF MOTION TO DISMISS THE INDICTMENT
OR, IN THE ALTERNATIVE, FOR A BILL OF PARTICULARS**

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law, dated January 16, 2024, and the exhibit appended thereto, Rachel Cherwitz and Nicole Daedone, by their undersigned attorneys, move this Court, before the Honorable Diane Gujarati, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, for an Order dismissing the Indictment or, in the alternative, directing the government to provide a bill of particulars, and for such other and further relief as the Court may deem proper.

Date: January 16, 2024
    New York, New York

Respectfully submitted,

| | |
|---|---|
| */s/ Julia Gatto*<br>Julia Gatto<br>Reid H. Weingarten<br>STEPTOE & JOHNSON LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>212-506-3900<br>jgatto@steptoe.com<br>rweingarten@steptoe.com<br><br>*Counsel for Defendant Nicole Daedone* | */s/ Jenny R. Kramer*<br>Jenny R. Kramer<br>Rachel Finkel<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY 10016<br>212-210-9400<br>jenny.kramer@alston.com<br>rachel.finkel@alston.com<br><br>*Counsel for Defendant Rachel Cherwitz* |