**CALENDAR: MAGISTRATE JUDGE'S PROCEEDING**

BEFORE: **LEVY, R., USMJ** DATE: **Nov. 15, 2024** TIME: **8:49 a.m. – 9:50 a.m.**

DOCKET# **23 CR 146 (DG)(RML)**

DEFT NAME: **Rachel Cherwitz; Nicole Daedone**

_X_ present ____not present ___custody ___bail

DEFENSE COUNSEL: **Imran Ansari, Arthur Aidala (for Cherwitz); Jennifer Bonjean (for Daedone)**

_X_ present ____not present ____CJA ____FD _X_RET

INTERPRETER(s): **N/A**

AUSA: **Gillian Kassner; Kayla Bensing** COURT REPORTER: **Linda Marino**

CLERK: **Annika Reno; Leslie Rubin**

_X_ CASE CALLED CRIMINAL CAUSE FOR:

___ Status Conference ___ Waiver of Speedy Trial/Indictment

___ Detention Hearing __ Bail Application

___ Removal Hearing _X_ Other: Motion Hearing

************************************************************

**ORDER:**

___ Temporary detention order entered and detention hearing set for ___/___/___ before Judge _________________ at ____________

___ Bail package presented by defendant; application denied.

___ Permanent detention order entered with leave to reapply in the future.

___ Surety sworn and advised of obligations on bond; signature approved.

___ Bond issued.

___ Defendant released (after advised of penalties/sanctions for non-compliance with conditions of bond).

___ Bond revoked.

___ Parties will continue plea negotiations. Next Conference at_________________

___ Time is excluded as per the order of excludable delay to

___ Transcript and proceeding are sealed.