

303 Van Brunt Street, 1st Floor
Brooklyn, New York 11231

53 W Jackson Blvd, Suite 315
Chicago, Illinois 60604

Tel: 718.875.1850
Fax: 718.230.0582

www.bonjeanlaw.com

March 24, 2025

**VIA ELECTRONIC FILING**
Hon. Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *U.S. v. Cherwitz, et al.*, No. 23-cr-146 (DG)

Dear Judge Gujarati:

Respectfully, I write to request that the Court suspend trial on Friday, May 16, 2025, on account of my daughter's College Commencement ceremony from Tulane University in New Orleans. https://commencement.tulane.edu/schedule

My daughter's Diploma and Hooding ceremony is on Friday, May 16. To her great disappointment (and mine), I am already missing family events that precede the Diploma and Hooding ceremony. I regret having to disrupt the trial schedule in any way, but college graduations are a once in a lifetime event. With that, I seek the Court's accommodation. The parties do not object.

Respectfully Submitted,

/s/JENNIFER BONJEAN
*One of the attorneys for Nicole Daedone*
Bonjean Law Group, PLLC
303 Van Brunt Street, 1st Floor
Brooklyn, NY 11231
718-875-1850
Jennifer@bonjeanlaw.com