# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of March, two thousand twenty-five.

Before:    Maria Araújo Kahn,
                *Circuit Judge.*

---

In Re: Rachel Cherwitz,

    Petitioner,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Rachel Cherwitz, Nicole Daedone,

    Petitioners,

    v.

United States of America,

    Respondent.

**ORDER**

Docket No. 25-553

    Petitioners move to stay district court proceedings pending a decision on their petition for a writ of mandamus and to expedite decision on the petition.

    IT IS HEREBY ORDERED that, to the extent the motion seeks a temporary stay pending review by a three-Judge panel, the stay is DENIED. The motion is REFERRED to a three-Judge panel. The motion to expedite is GRANTED. The petition will be submitted to a three-Judge panel as early as the week on April 7, 2025.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 03/27/2025