# EXHIBIT B

**EXHIBIT B**

## ATTORNEY-CLIENT FEE AGREEMENT

May 8, 2024

This Attorney-Client Fee Agreement ("Agreement") is entered into by and between Ezra D. Landes ("Attorney") and OneTaste Incorporated ("Client"). This Agreement is a confidential communication to the extent contemplated by California Business and Professions Code § 6149 and is intended to fulfill the requirements established for attorney-client fee agreements described in California Business and Professions Code § 6148.

### SCOPE OF LEGAL SERVICES AND ATTORNEY'S DUTIES

Client hires Attorney to advise Client in connection with the action pending in the United States District Court, Eastern District of New York entitled *United States v. Cherwitz, et al.*, 1:23-cr-00146-DG (the "Action"). ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1



//

//

//

//

Doc ID: 061948f3f7ef58924be235efabc7659368399549



Dated: May 8, 2024          ATTORNEY

                            By: *Ezra D. Landes*
                            ───────────────────
                            Ezra D. Landes

Dated: May 8, 2024          CLIENT

                            By: ───────────────────
                            OneTaste Incorporated
                            Kevin Williams

3

Doc ID: 061948f3f7ef58924be235efabc7659368399549



Audit trail

| | |
|---|---|
| Title | 2024.05.09 Ezra Landes Engagement Letter |
| File name | 2024-05-08_Fee_Agreement.docx |
| Document ID | 061948f3f7ef58924be235efabc7659368399549 |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

## Document History

**SENT** — 05 / 09 / 2024   16:20:35 UTC
Sent for signature to Ezra Landes (ezralandes@gmail.com) from legal@onetaste.us
IP: 12.124.226.162

**VIEWED** — 05 / 09 / 2024   17:02:03 UTC
Viewed by Ezra Landes (ezralandes@gmail.com)
IP: 104.28.85.112

**SIGNED** — 05 / 09 / 2024   17:07:05 UTC
Signed by Ezra Landes (ezralandes@gmail.com)
IP: 104.28.85.112

**COMPLETED** — 05 / 09 / 2024   17:07:05 UTC
The document has been completed.

Powered by Dropbox Sign