UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
United States of America,

                               Plaintiff(s),

Rachel Cherwitz and Nicole Daedone,

                               Defendant(s),
--------------------------------------------------------X

1:23-cr-00146

NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

TO:    Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I **Schuyler L. La Barge** will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of **Ballard Spahr LLP** and a member in good standing of the bar(s) of the State(s) of **New York; Pennsylvania**, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for **Defendant Rachel Cherwitz**. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 5/1/2025

Respectfully submitted,

*Schuyler L. La Barge*
_____
Signature of Movant
Firm Name: Ballard Spahr LLP
Address: 1675 Broadway, 19th Floor
New York, NY 10019
Email: labarges@ballardspahr.com
Phone: (646) 346-8047

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------

United States of America,

                          Plaintiff(s),

    v.

Rachel Cherwitz and Nicole Daedone,

                         Defendant(s).

1:23-cr-00146

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

-----------------------------------------------------------

I, Schuyler L. La Barge, being duly sworn, hereby depose and say as follows:

1. I am a(n) Associate with the law firm of Ballard Spahr LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of New York; Pennsylvania.
4. There are no pending disciplinary proceedings against me in any state or federal court. True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 6219125 (NY); 336182 (PA)
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:23-cr-00146 for Defendant Rachel Cherwitz.

Date 5/1/25

*Signature:* Schuyler La Barge
Signature of Movant
Firm Name
Address 1675 Broadway, 19th Floor
New York, NY 10019

Email labarges@ballardspahr.com
Phone (646) 346-8047

**NOTARIZED**

JACOB PORTER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01PO0013660
Qualified in New York County
Commission Expires September 20, 2027



## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

### Schuyler Lauren Labarge

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 28, 2025**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on May 1, 2025.

Clerk of the Court

CertID-00229171



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Schuyler Lauren La Barge, Esq.*

### DATE OF ADMISSION

*November 1, 2024*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 4, 2025

*Nicole Traini*
Nicole Traini
Chief Clerk