UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
v.
RACHEL CHERWITZ and NICOLE DAEDONE,
Defendants.

23-CR-146 (DG)

## CERTIFICATION

I, Kevin Williams, certify that I have transferred access to all digital, cloud-based, and hard copies of materials subject to the Protective Orders entered in United States v. Cherwitz, 23-CR-146 (DG), to the possession, custody, and control of Defense Counsel, and have destroyed all locally saved digital copies of such materials.

Signed at New York, NY on May 2, 2025.

_____
Kevin Williams