AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| United States of America, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cr-00146 |
| Rachel Cherwitz and Nicole Daedone, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Rachel Cherwitz.

Date: 05/05/2025

*Schuyler L. La Barge*
Attorney's signature

Schuyler L. La Barge / 336182 (PA); 6219125 (NY)
*Printed name and bar number*
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019

*Address*

labarges@ballardspahr.com
*E-mail address*

(646) 346-8047
*Telephone number*

(212) 223-1942
*FAX number*