# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Celia Cohen
Tel: 646.346.8002
Fax: 212.223.1942
cohenc@ballardspahr.com

Michael P. Robotti
Tel: 646.346.8020
Fax: 212.223.1942
robottiM@ballardspahr.com

May 7, 2025

**FILED _EX PARTE_ & UNDER SEAL**

_Via ECF_

Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States v. Nicole Daedone and Rachel Cherwitz, 23-CR-146

Dear Judge Gujarati:

      Following the discussion at the end of trial today regarding OneTaste's assertion of the attorney-client privilege and work-product doctrine, counsel for OneTaste provided this declaration to the defendants to submit on its behalf in further support of its assertion, pursuant to the common-interest privilege between the defendants and the company.  As this declaration contains information that is protected by the work-production doctrine and attorney-client privilege, the defendants submit this declaration _ex parte_ and under seal.

      Respectfully submitted,

/s/Celia Cohen
/s/Michael Robotti
_Counsel for Rachel Cherwitz_
Ballard Spahr, LLC

/s/Jennifer Bonjean
_Counsel for Nicole Daedone_
Bonjean Law Group, PLLC