

303 Van Brunt Street, 1st Floor
Brooklyn, New York 11231

53 W Jackson Blvd, Suite 315
Chicago, Illinois 60604

Tel: 718.875.1850
Fax: 718.230.0582

www.bonjeanlaw.com

May 9, 2025

**VIA ELECTRONIC FILING**

Hon. Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    *U.S. v. Cherwitz, et al.*, No. 23-CR-146 (DG)

Dear Judge Gujarati:

On behalf of Defendants Rachel Cherwitz and Nicole Daedone, please find enclosed a proposed order to permit the defense to bring in an outside printer for use in the defense attorney room during trial in the above captioned matter, beginning May 8, 2025, through the end of trial before Judge Diane Gujarati, in the above-captioned matter.

Respectfully submitted,

/s/JENNIFER BONJEAN
/s/ KELSEY H. KILLION
Jennifer Bonjean
Kelsey H. Killion
*One of the attorneys for Nicole Daedone*
Bonjean Law Group, PLLC
303 Van Brunt Street, 1st Floor
Brooklyn, NY 11231
718-875-1850

/s/CELIA A. COHEN
/s/MICHAEL P. ROBOTTI
Celia A. Cohen
Michael P. Robotti
*Counsel for Rachel Cherwitz*
Ballard Spahr, LLC

1675 Broadway, 19th Floor
New York NY 10019
212-223-0200

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK.
-------------------------------------------------------- x
UNITED STATES OF AMERICA,

v.

RACHEL CHERWITZ and
NICOLE DAEDONE,

                  Defendants.
-------------------------------------------------------- x

**PROPOSED ORDER**

23-CR-146 (DG)

      Defendants have moved this Court for permission to bring in an outside printer for use in the defense attorney room during trial in the above captioned matter, beginning May 8, 2025.

      This application shall be restricted to the time period beginning May 8, 2025, through the end of trial before Judge Diane Gujarati, in the above-captioned matter.

      The above application is _____.

_____

The Hon. Diane Gujarati