**Disclosure as to Expert Witness Dr. David J. Ley**

**October 21, 2024**

# I. Statement of Opinions, Bases, and Reasons

The following is a complete statement of all opinions that the Defendants will elicit from Dr. David Ley, along with the bases and reasons for them.

Dr. David J. Ley is a board-certified clinical psychologist and a board-certified sex therapist and supervisor of sex therapy. He is the author of numerous books and articles on human sexuality and psychology, as well serving on the Advisory Board of The Sexual Health Alliance where he provides supervision and training to hundreds of future sex therapists each year. Dr. Ley is appointed to the Editorial Board of The Archives of Sexual Behavior. His qualifications are discussed in greater detail below.

Dr. Ley is expected to offer his expert opinions on the scientific effects of Orgasmic Meditation, the potential benefits of Orgasmic Meditation, and the relationship of Orgasmic Meditation to existing sexual therapeutic techniques as well as to historical spiritual practices, as specifically identified below.

Based on his long experience working with sexual offenders, Dr. Ley will offer opinions concerning the subject matters of coercive behaviors and grooming in response to the government's expert Dr. Rhagavan. Dr. Ley will testify that there remain no well-validated, normed assessments to objectively or consistently measure "coercive control" or grooming.

Dr. Ley will also refute the contention that that Onetaste, Cherwitz and Daedone targeted vulnerable individuals by engaging in grooming or coercive behaviors consistent with that of sexual predators.

## A. Scientific Research on Orgasmic Meditation

Dr. Ley will review and discuss the body of scientific research that has examined the practices, effects and outcomes of Orgasmic Meditation. At this time, a search for "orgasmic meditation" in the Google Scholar database yields one hundred and thirty-three publications involving the practice. These studies have assessed the experiences of persons engaging in OM, measured the psychological, physiological and neurological effects of OM, assessed the impact of OM on personal and relational well-being, and examined the experiences of OM practitioners within the context of feminist and spiritual practices. Dr. Ley will discuss a selection of some of the

research which has been conducted on OM which may include but is not limited to, the below studies and topics:.

**Meditation and the Brain:** A great deal of past and present psychological and neurophysiological research examines the effects of various forms of meditation on the human brain.[1] The research suggests that OM meditation, is likely to result in similar neurological markers to other forms of meditation, though, given the sexual components, there may be effects related to sexual stimulation.

Newberg, et al. (2021) also conducted a study using functional magnetic resonance imaging (fMRI) to measure the brain activities of pairs of participants shortly after they engaged in OM, compared to their brain activity following a neutral activity. fMRI is a specific type of brain scan which reveals brain activity during different tasks and activities. Analysis of these fMRI results found elevations in functional connectivity in numerous areas of the brain following OM, compared to neutral conditions. Functional connectivity is a measure of the activation levels of different areas of the brain during or following certain activities, indicating the potential ways these different areas of the brain activate together, or in parallel, in order to process different unique activities. In this study, Newberg, et al. found complex areas of the brains were activated, with similarities to the effects of both meditation and sexual stimulation and orgasm, suggesting that OM may have a complex, integrated effect on the brain.[2]

Newberg, et al. (2024) conducted positon emission tomography (PET) exams of the brains of forty individuals with extended history of engaging in OM. PET exams measure the metabolic activity of the brain. These results were compared to PET studies of nineteen control participants without a history of OM, or any history of other forms of meditation. Both control and experimental groups excluded individuals with histories of medical, psychological or neurological conditions which may have impacted results. Results found that OM practicing participants showed lower levels of metabolic activity in the brain at rest, compared to non-meditating controls. The arrears of the brain where such lower metabolic states were noted are generally associated with emotional regulation and attention. It was noteworthy, given the nature of OM where the female receives the manual stimulation, that males and

[1] For recent review, see: Abellaneda-Pérez K, Potash RM, Pascual-Leone A, Sacchet MD. Neuromodulation and meditation: A review and synthesis toward promoting well-being and understanding consciousness and brain. Neurosci Biobehav Rev. 2024 Nov;166:105862. doi: 10.1016/j.neubiorev.2024.105862. Epub 2024 Aug 24. PMID: 39186992.

[2] Newberg AB, Wintering NA, Hriso C, Vedaei F, Stoner M and Ross R (2021) Alterations in Functional Connectivity Measured by Functional Magnetic Resonance Imaging and the Relationship With Heart Rate Variability in Subjects After Performing Orgasmic Meditation: An Exploratory Study. Front. Psychol. 12:708973. doi: 10.3389/fpsyg.2021.708973

females showed different patterns of neurological metabolism, correlated with history of OM. These findings suggest a tentative hypothesis of distinct neurological effects from OM, depending on sex and OM role. Results in this study did not reveal findings immediately consistent with neurological findings consistent with sexual activity, which led the authors to hypothesize that OM's potential effects were more related to meditation than sexual stimulation.[3]

**Arousal and OM:** Physiological arousal is most often associated with strong positive and negative emotions. Lower levels of physiological arousal are somewhat rarely associated with stronger positive feelings. However, in a study of ninety-three participants engaging in OM, half demonstrated low levels of physiological arousal, measured by skin conductance response (a measure of the skin conductance of electricity, reflecting the effect of perspiration). Almost all of the participants reported sustained positive feelings during the OM activity. This study is a relatively unique demonstration of high positive affect during low physiological arousal state, yielding a nuanced understanding of the psychology related to forms of meditation and sexual stimulation and showing it is possible to have strong positive affect in the absence of elevated physical arousal.[4]

A study using OM activity yielded data which contribute a novel and unique test of the effects of pornographic film viewing on sexual arousal. Prause and Siegle (2021) again measured skin conductance during OM, this time with two-hundred and fifty participants. In addition, they assessed feelings of sexual arousal before and after the OM, as well as the individual's history of viewing of pornography and concerns about their sexual behaviors. It is commonly asserted that excessive viewing of pornography leads to a decrease in feelings of sexual arousal to "real life" sexual partners, as a result of a form of "tolerance" to sexual stimulation.[5] Studies of the alleged effects of pornography are overwhelmingly limited by reliance on self-report and laboratory studies are extremely rare in the field. Prause and Siegle found that individuals who reported greater past difficulties with sexual self-control or excessive sexual behaviors did not report different levels of sexual arousal than others. Further, individuals with higher past viewing of pornography actually reported higher levels of sexual arousal, not lower, as would be hypothesized by a tolerance effect. In addition, the physiological measure of skin conductance yielded similar results, showing higher physiological arousal in individuals with greater past viewing of pornography. Psychological studies observing and measuring participants during actual sexual activity are quite rare in today's scientific research, and this study allowed a

[3] Newberg AB, Wintering NA, Hriso C, Vedaei F, Gottfried S and Ross R (2024) Neuroimaging evaluation of the long term impact of a novel paired meditation practice on brain function. Front. Neuroimaging 3:1368537.doi: 10.3389/fnimg.2024.1368537
[4] Siegle GJ, Prause N. Intense positive affect without arousal is possible: Subjective and physiological reactivity during a partnered sexual meditative experience. Int J Psychophysiol. 2022 Aug;178:99-107. doi: 10.1016/j.ijpsycho.2022.06.009. Epub 2022 Jun 21. PMID: 35750269.
[5] Ley, David, Prause, Nicole, Finn, Peter. (2014) The Emperor Has No Clothes: A Review of the "Pornography Addiction" Model, Current Sexual Health Reports. DOI 10.1007/s11930-014-0016-8.

powerful and unique opportunity to test and reject an erroneous clinical belief about human sexuality.

### B. Potential Benefits of OM

Dr. Ley will testify that OM has a likelihood of producing positive effects on a number of psychosexual disorders and disparities, to include, but not limited to: increasing relational and emotional closeness between intimate and non intimate partners; addressing gender disparities in sexual pleasure and orgasm; relieving sexual symptoms of historical trauma. Contrary to the government's assertion that defendants targeted persons with histories of trauma and used OM to exploit them, Dr. Ley will testify that OM is an intervention with substantial likelihood of increasing sexual function and confidence in trauma victims.[6] Dr. Ley is expected to testify that OM is consistent with recent and established published research on the overall health impacts of female orgasm and mutual orgasm.[7]

> **Increased Closeness Through Intimate Touch**: Prause, Siegle and Coan (2021) assessed feelings of closeness between individuals engaging in OM. Half of the individuals were romantic partners, while the rest only engaged in OM together. Past research has suggested that sexual and intimate experiences between individuals not involved in romantic relationships may be connected to feelings of depression, distress, and these experiences are disproportionately noted in females. The researchers used a mobile laboratory setup to study 125 couples who had used OM in the past. In contrast to these past findings, Prause, Siegle and Coan found that engaging in OM correlated with lasting feelings of closeness even in non-romantic couples. While it has been hypothesized that females may experience less satisfaction from casual or non-romantic sex due to a noted lack of orgasm and attention to female pleasure in most casual sex, this research did not find a relationship between closeness and sexual pleasure. Instead, the researchers suggest that the closeness effect may stem from the high degree of linguistic interaction and required intimate communication that are core parts of the OM process.[8]

---

[6] Prause, N., Cohen, H., & Siegle, G. J. (2021). Effects of adverse childhood experiences on partnered sexual arousal appear context dependent. *Sexual and Relationship Therapy*, *38*(3), 479–494. https://doi.org/10.1080/14681994.2021.1991907; Almås E, Benestad EEP. Treatment of Traumatised Sexuality. Front Psychol. 2021 Mar 16;12:610619. doi: 10.3389/fpsyg.2021.610619. PMID: 33796043; PMCID: PMC8008146.

[7] Eg: Fabienne S. V. Wehrli, Guy J. Bodenmann, Joëlle Clemen & Katharina Weitkamp (29 Apr 2024): Exploring the Role of Masturbation as a Coping Strategy in Women, International Journal of Sexual Health, DOI: 10.1080/19317611.2024.2344812; Dilan Kılıç, Heather L. Armstrong & Cynthia A. Graham (2023) The Role of Mutual Masturbation within Relationships: Associations with Sexual Satisfaction and Sexual Self-Esteem, International Journal of Sexual Health, 35:4, 495-514, DOI: Goodman RE, Snoeyink MJ, Martinez LR. Conceptualizing Sexual Pleasure at Home as a Work-Related Stress Recovery Activity. J Sex Res. 2024 Feb;61(2):184-195. doi: 10.1080/00224499.2022.2150138. Epub 2022 Dec 15. PMID: 36519736.

[8] Prause N, Siegle GJ, Coan J (2021) Partner intimate touch is associated with increased interpersonal closeness, especially in non-romantic partners. PLoS ONE 16(3): e0246065. https://doiorg/10.1371/journal.pone.0246065

**Orgasm Gap:** It is well established in clinical literature that there is a pervasive gap between males and females when it comes to incidence of orgasm during sexual intercourse. Put simply, men are far more likely to achieve orgasm during sexual intercourse, compared to women.[9] However, this difference does not emerge from any physiological differences in ability to experience sexual pleasure, but is generally shown to relate to social and cultural attitudes towards female sexuality. When women engage in partnered sex with women, or when partnered sex with men includes specific attention to stimulation of the woman's clitoris (as occurs during OM), the orgasm gap closes significantly and women are much more likely to experience orgasm.[10]

Pilcher (2023) conducted qualitative interviews of thirty-three (twenty-two women and eleven men) practitioners of OM in the United States and United Kingdom, and explored how OM related to social discourse and conflicts around female sexuality and orgasm. Pilcher found that women participants identified OM as an opportunity to "tune-in" to what felt good and become the "director of my desire," while distancing themselves from attending to the sexual desires and intent of males. Participants identified OM experience as a means to reclaim their sexuality, embrace and reclaim their bodies and overcome traumatic past experiences and abuse. The "goalless" aspect of OM, which does not set orgasm as a desired or intended outcome, allowed participants to experience the practice more as a form of exploratory play, than as a partnered sexual activity. The structured expectations and elevated verbal consent of OM allowed several women to interrupt and challenge partners who went beyond OM boundaries.[11]

**Female Orgasmic Disorder:** The term female orgasmic disorder encompasses several related concepts, including anorgasmia (inability to achieve orgasm) as well as related disorders such as dyspareunia and vaginismus which involve pain during genital stimulation and penetration. Though there are wide cultural differences, between 11-60% of women are believed to experience difficulties achieving orgasm, with religious and conservative communities at highest risk for female sexual disorders.[12]

---

[9] Wetzel GM, Sanchez DT, Gesselman AN, Adams OR, Campbell JT, Garcia JR. Exploring the Orgasm Gap Across Racial/Ethnic Groups: A Descriptive Analysis. J Sex Res. 2024 Feb 8:1-10. doi: 10.1080/00224499.2024.2308044. Epub ahead of print. PMID: 38329940.

[10] McElroy EE, Perry SL. The Gender Gap in Partnered Orgasm: A Scoping Review of Evidence with Graphical Comparisons. J Sex Res. 2024 Nov-Dec;61(9):1298-1315. doi: 10.1080/00224499.2024.2390672. Epub 2024 Aug 29. PMID: 39207435.; Mahar, E.A., Mintz, L.B. & Akers, B.M. Orgasm Equality: Scientific Findings and Societal Implications. *Curr Sex Health Rep* **12**, 24–32 (2020). https://doi.org/10.1007/s11930-020-00237-9

[11] Pilcher, K. (2023). Orgasm as women's work? Rethinking pleasure, 'sex' and the power dynamics of orgasm through the embodied experiences of orgasmic meditation practitioners. Sexualities, 0(0). https://doi.org/10.1177/13634607231208051

[12] Parish SJ, Goldstein AT, Goldstein SW, Goldstein I, Pfaus J, Clayton AH, Giraldi A, Simon JA, Althof SE, Bachmann G, Komisaruk B, Levin R, Spadt SK, Kingsberg SA, Perelman MA, Waldinger MD, Whipple B. Toward

**Impact of Trauma and Adverse Childhood Experiences:** Histories of sexual assault and childhood sexual experiences are known to affect adult sexuality in a variety of ways, often creating distress and interfering with sexual pleasure. Ongoing studies with OM suggest that this practice may have a positive impact in mitigating these effects. Prause, Cohen and Siegle (2021) studied 125 couples who had a history of engaging in OM together, and assessed their histories of adverse childhood experiences. The couples overall reported higher levels of positive emotions related to the OM experiences. However, individuals with higher levels of adverse childhood experiences reported higher levels of sexual arousal in the OM experiences, compared to individuals who did not have such histories. The researchers suggest that these contextual effects may relate to the high degree of predictability, control, consent, and communication in OM, along with a decreased pressure to perform given that intercourse or penile stimulation was excluded from OM interactions.[13]

A clinical trial of OM with individuals with PostTraumatic Stress Disorder (PTSD) was conducted by researchers affiliated with the Institute of OM Foundation. The trial involved twenty-eight individuals, twenty-three of whom were assessed to have clinically-noteworthy symptoms of PTSD. The couples were directed to engage in OM at least twelve times over a one-month period. At the end of the trial, participants noted decreases in PTSD symptoms and the participants with PTSD symptoms very highly rated OM as safe and nonthreatening. The trial appears to have been conducted However, this trial has not been published nor subjected to peer review.

## C. Relationship of OM to Established Sexual Therapeutic Techniques

The defense expects that Dr. Ley will testify that, while not developed as a clinical intervention by licensed sex therapists or sex researchers, OM bears striking resemblance to a number of established, tested and frequently used sexual therapy techniques. These include: sensate focus; directed masturbation; somatic sexuality therapies; treatments for sexual symptoms of historical trauma; and experiential therapies and processes. Dr. Ley will explain this further with, but not limited to, the below examples:

---

a More Evidence-Based Nosology and Nomenclature for Female Sexual Dysfunctions-Part II. J Sex Med. 2016 Dec;13(12):1888-1906. doi: 10.1016/j.jsxm.2016.09.020. Epub 2016 Nov 11. PMID: 27843072.; Mahar, E.A., Mintz, L.B. & Akers, B.M. Orgasm Equality: Scientific Findings and Societal Implications. *Curr Sex Health Rep* **12**, 24–32 (2020). https://doi.org/10.1007/s11930-020-00237-9; Struck P, Ventegodt S. Clinical holistic medicine: teaching orgasm for females with chronic anorgasmia using the Betty Dodson method. ScientificWorldJournal. 2008 Sep 21;8:883-95. doi: 10.1100/tsw.2008.116. PMID: 18836654; PMCID: PMC5848654; Elizabeth E. McElroy & Samuel L. Perry (29 Aug 2024): The Gender Gap in Partnered Orgasm: A Scoping Review of Evidence with Graphical Comparisons, The Journal of Sex Research, DOI: 10.1080/00224499.2024.2390672

[13] Prause, N., Cohen, H., & Siegle, G. J. (2021). Effects of adverse childhood experiences on partnered sexual arousal appear context dependent. *Sexual and Relationship Therapy*, *38*(3), 479–494. https://doi.org/10.1080/14681994.2021.1991907

1. **Sensate Focus:** Sensate focus is a directed psychotherapeutic intervention activity for sexual therapy, first developed in the 1960's by Masters and Johnson. Sensate focus is one of the most commonly used sexual therapeutic interventions. It most commonly involves a therapist directing a couple to engage in homework which consists of one partner reclining, nude or clothed, while the other partner touches them various places on their body. The giver of touch is directed to communicate their sensations, positive and negative, to the toucher, and the recipient is directed to listen and respond to the touchee's cues. The exercise is intended to desensitize the couple to touch, help them learn to touch each other in pleasurable ways and to communicate their pleasure, needs and dislikes to their partner in a way that facilitates better intimate and sexual experiences. Sensate focus is recommended for many sexual disorders an struggles, including female orgasmic disorder.[14] Distinct from OM, sensate focus attends to pleasure, as opposed to any feelings, and sensate focus involves touching of many areas of the body, aside from the genitals.
2. **Directed Masturbation:** Directed masturbation is a sexual therapeutic intervention primarily introduced in the 1970's and 1980's, which involved a therapist directing a patient (typically female) to engage in homework consisting of genital self-touch. The patient was directed to spend varying periods of time using their fingers and sometimes sextoys, to explore and stimulate their genitals, for the purpose of desensitization to touch, as well as increased awareness of pleasure. Directed masturbation is one of the common treatment techniques recommended for female orgasmic disorder.[15] In OM, touch involves a partner doing the touching, directed masturbation involves self-touch or use of a self-applied vibrator.
3. **Somatic Sex Therapies:** Somatic sex therapy techniques are a relatively recent group of sex therapy practices designed to help individuals learn to be "in" their bodies during sexual experiences. Dissociation describes a common anxiety response to sexuality, particularly amongst individuals with histories of sexual trauma. Dissociation involves these individuals psychologically distracting themselves and distancing from the sexual and physical experiences. Somatic sex therapy techniques focus on increasing an individual's ability to attend to, focus on, and experience their bodily sensations during sexuality and intimate experiences. Somatic techniques rely on strategies borrowed from mindfulness, meditation, self-soothing, anxiety reduction, bodily-awareness, desensitization and response prevention, all established methods for the treatment and abatement

---

[14] See for example: Andersen BL. Primary orgasmic dysfunction: diagnostic considerations and review of treatment. Psychol Bull. 1983 Jan;93(1):105-36. PMID: 6828600; PMCID: PMC3411116.; McCabe, Hertlein, Davis. (202) Female Orgasmic Disorder. In In Systemic Sex Therapy, 3rd Edition. Ed. Hertlein, Gambrerscia, Weeks. Routledge.
[15] Andersen BL. Primary orgasmic dysfunction: diagnostic considerations and review of treatment. Psychol Bull. 1983 Jan;93(1):105-36. PMID: 6828600; PMCID: PMC3411116.

of sexual symptoms of trauma and posttraumatic stress disorder. Somatic therapy techniques do not typically involve genital touch during clinical intervention.

4. **Recommended Treatment Strategies for Histories of Sexual Trauma:** Histories of trauma and past sexual abuse are well-established to have a lasting impact on female sexuality, including the women's ability to experience sexual pleasure and achieve orgasm.[16] Treatment strategies for assisting women with trauma histories in "reclaiming" their sexuality involve addressing issues of shame and self-blame which may inhibit the woman from experiencing sexual pleasure, as well as helping them to learn and practices techniques of mindfulness, stress reduction, self-soothing, and interrupting dissociation. Helping the women learn to communicate with their partners about their sexual needs, setting of sexual boundaries and expression of sexual pleasure are all critical components. Reducing surprises during sex, and increasing the practice of safe communication, verbal consent and creating predictability and safety in sexual experiences has been recommended by sex therapists. The sensate focus intervention is a highly recommended strategy to assist women dealing with sexual trauma.[17]
5. **Experiential therapies and Processes:** In the Memorandum in Support of The Government's Motions *in Limine* on page 14, there is a description of Onetaste staff and leadership engaging in a re-enactment of a sexual assault of one of the participants. There is precedence for such activities, both within therapeutic proceedings and in non-therapeutic sexual activities. While therapists would not typically re-enact a sexual assault in the course of therapy, some therapeutic disciplines have used psychodrama processes and other forms of experiential activities in order to allow participants to re-experience events in a different manner, to take charge in ways they may not have, to assert more self-control over the experiences, and to experience desensitization and response prevention, components of standard anxiety treatment.[18] Practitioners of alternative sexual practices such Bondage, Discipline, SadoMasochism (BDSM) sometimes deliberately enact simulated scenes of sexual assault, in a form of roleplay, where

---

[16] See for example, Phelps, K. Jones, A., Payne, R. (2020. The interplay between mental and sexual health. Ch 11. In Systemic Sex Therapy, 3rd Edition. Ed. Hertlein, Gambrerscia, Weeks. Routledge.

[17] Almås E, Benestad EEP. Treatment of Traumatised Sexuality. Front Psychol. 2021 Mar 16;12:610619. doi: 10.3389/fpsyg.2021.610619. PMID: 33796043; PMCID: PMC8008146.; Baggett LR, Eisen E, Gonzalez-Rivas S, Olson LA, Cameron RP, Mona LR. Sex-Positive Assessment and Treatment Among Female Trauma Survivors. J Clin Psychol. 2017 Aug;73(8):965-974. doi: 10.1002/jclp.22510. Epub 2017 Jun 29. PMID: 28662273.; Wohl A, Kirschen GW. Betrayal of the Body: Group Approaches to Hypo-Sexuality for Adult Female Sufferers of Childhood Sexual Abuse. J Child Sex Abus. 2018 Feb-Mar;27(2):154-160. doi: 10.1080/10538712.2018.1435597. Epub 2018 Mar 6. PMID: 29509103.

[18] Eg, Mahrer, Boulet. (2001). How can experiential psychotherapy help transform sex therapy? In New Directions in Sex Therapy: Innovations and Alternatives. Kleinplatz Ed. Edward Brothers. ; Mondolfi Miguel ML, Pino-Juste M. Therapeutic Achievements of a Program Based on Drama Therapy, the Theater of the Oppressed, and Psychodrama With Women Victims of Intimate Partner Violence. Violence Against Women. 2021 Jul;27(9):1273-1296. doi: 10.1177/1077801220920381. Epub 2020 Jun 23. PMID: 32573368.

some theorists suggest that the BDSM activities may serve to create safer experiences, with elements of desensitization and response prevention.[19]

## D. Relationship of OM to Historical Spiritual and Cultural Practices

The defense expects that Dr. Ley will testify to the extent that OM is consistent with, and fits in, a long history of sexual cultural practices involving similar forms of touch and stimulation for the purpose of mental and spiritual growth and celebration of female sexuality. These include, but are not limited to: Tantric sexuality; Greek medicine; Sex Magick; feminist sexuality; bondage discipline sadomasochistic (BDSM) practices; and what is known as "collective sex environments." Dr. Ley will also relate the practice of OM to continued social shifts in attention to female sexual autonomy and pleasure.

**Tantric Sexuality:** Tantric sexuality is a modern sexual and spiritual practice derived from East Indian sexual and spiritual practices. In Tantric sexuality, sexual stimulation and intercourse are taught as methods to control and direct one's spiritual energy and achieve a deeper connection with a partner. While Tantric sexuality is not intended to pursue orgasm, the practice ultimately culminates in an experience of orgasm in a manner which transcends the physical and achieves a connection to God and the greater universeSimilar to OM, Tantric sexuality relies on an Indian history which included the first literature treating sexual intercourse and sex education as important cultural topics.[20]

**Greek Medicine:** Ancient medicine identified "hysteria" as a female ailment related to a variety of potential conditions and causes. Though modern historical dialogue identifies controversy around the pervasiveness of this in recent centuries, physicians as far back as Hippocrates and Galen prescribed and administered manual stimulation of female genitalia as one treatment for

---

[19] Gewirtz-Meydan A, Godbout N, Canivet C, Peleg-Sagy T, Lafortune D. The Complex Interplay between BDSM and Childhood Sexual Abuse: A Form of Repetition and Dissociation or a Path Toward Processing and Healing? J Sex Marital Ther. 2024;50(5):583-594. doi: 10.1080/0092623X.2024.2332775. Epub 2024 Mar 28. PMID: 38544460.; Ortmann, Sprott (2013) Sexual Outsiders. Rowman and Littlefield. Lanham MD.

[20] Lousada, M., & Angel, E. (2011). Tantric orgasm: beyond Masters and Johnson. *Sexual and Relationship Therapy*, *26*(4), 389–402. https://doi.org/10.1080/14681994.2011.647903; Chakraborty K, Thakurata RG. Indian concepts on sexuality. Indian J Psychiatry. 2013 Jan;55(Suppl 2):S250-5. doi: 10.4103/0019-5545.105546. PMID: 23858263; PMCID: PMC3705691.

hysteria.[21] Similar treatments known as "vaginal acupressure" and "Hippocratic pelvic massage" are documented in other countries.[22]

**Sex Magick:** On page 27 of the Memorandum in Support of The Government's Motions *in Limine,* the government describes that defendants used terms such as "priests and priestesses of Orgasm," as well as referring to practices of "witchery" and "magic." There is a very long history of associating female sexuality with witchcraft and magic.[23] In the 19th Century, Alistair Crowley created a spiritual movement which promoted sexual practices as a means to achieve spiritual and psychic command of mystical forces. This practice continues today.[24]

**Feminist Sexuality:** In the 1960's and '70's, America experienced a Sexual Revolution, based on changing sexual values, increased access to contraception and expanded rights and freedoms for women. Betty Dodson was an artist and sex educator who pioneered methods of teaching women to accept and examine their genitalia, and to achieve orgasm through self-stimulation and manual stimulation by others. This self-examination and manual stimulation most typically occurred in group settings, very similarly to OM, though in Dodson's practice these were typically female only groups.[25] Dodson's methods have been adapted into sexological treatment practices to treat female anorgasmia.[26]

The feminist sexual revolution has not ended, but has shifted in some goals and media. Female sexual anatomy and female sexual pleasure are currently one of the most common sex education topics on the popular social media site Tik Tok.[27] Modern sexual researchers, clinicians and educators argue for greater attention to the social values, social inequalities and gendered teachings which inhibit female

---

[21] Lieberman, Hallie; Schatzberg, Eric (August 2018). "A failure of academic quality control: The technology of orgasm". *Journal of Positive Sexuality*. **4** (2): 24–47. doi:10.51681/1.421; Struck P, Ventegodt S. Clinical holistic medicine: teaching orgasm for females with chronic anorgasmia using the Betty Dodson method. ScientificWorldJournal. 2008 Sep 21;8:883-95. doi: 10.1100/tsw.2008.116. PMID: 18836654; PMCID: PMC5848654

[22] Ventegodt S, Clausen B, Omar HA, Merrick J. Clinical holistic medicine: holistic sexology and acupressure through the vagina (Hippocratic pelvic massage). ScientificWorldJournal. 2006 Mar 7;6:2066-79. doi: 10.1100/tsw.2006.337. PMID: 17370003; PMCID: PMC5917356.

[23] Ley, D. (2009) Insatiable Wives, Women Who Stray and the Men Who Love Them. Rowman and Littlefield. Lanham MD.

[24] Lycourinos, D. (2017). Sexuality, Magic(k) and the Ritual Body: A Phenomenology of Embodiment and Participation in a Modern Magical Ritual. *Journal of Ritual Studies*, *31*(2), 61–77. http://www.jstor.org/stable/44988498

[25] Kleinplatz PJ. History of the Treatment of Female Sexual Dysfunction(s). Annu Rev Clin Psychol. 2018 May 7;14:29-54. doi: 10.1146/annurev-clinpsy-050817-084802. Epub 2018 Jan 22. PMID: 29356577.

[26] Struck P, Ventegodt S. Clinical holistic medicine: teaching orgasm for females with chronic anorgasmia using the Betty Dodson method. ScientificWorldJournal. 2008 Sep 21;8:883-95. doi: 10.1100/tsw.2008.116. PMID: 18836654; PMCID: PMC5848654.

[27] Fowler LR, Schoen L, Smith HS, Morain SR. Sex Education on TikTok: A Content Analysis of Themes. Health Promot Pract. 2022 Sep;23(5):739-742. doi: 10.1177/15248399211031536. Epub 2021 Aug 20. PMID: 34416842.

sexual pleasure, specifically for greater education and acceptance around clitoral stimulation.[28]

**Bondage, Discipline, SadoMasochism (BDSM):** On page 35 of the Memorandum in Support of The Government's Motions *in Limine,* the government describes individuals from Onetaste engaging in "elaborate scenes" involving "BDSM." BDSM is an umbrella term describing a wide variety of diverse behaviors, sometimes involving sexual elements, but not always. Most BDSM is best understood as a form of role-playing, a negotiated interaction between two or more individuals who agree to take on certain roles during the sexual interaction. Typically, these roles involve one person taking a "top" or a dominant role while the other(s) take on a "bottom" or submissive role. BDSM activities can include a wide range of behaviors, including both physical behaviors such as spanking, whipping, or other forms of physical contact. These physical behaviors are sometimes described as "impact play." BDSM may include orders or directed behaviors and may include psychological forms of dominance or "headgames." Across a lifetime, about 15% of males and females report getting "playfully whipped" during sex and between 30-60% report giving or being spanked.[29]

Similar to the findings with OM, research with couples engaging in BDSM activity finds that the practice results in feelings of spirituality, relaxation and changed mental states and increased feelings of closeness.[30] Such role-playing can be a form of sexual novelty and serve to create sexual excitement. However, not all BDSM necessarily involves sexual contact or genital stimulation. Research with persons involved in BDSM finds that engaging in such scenes is a way of changing their mental states, seeking escape from current worries or problems, and helping them to focus intensely on their current experiences.[31] BDSM is

---

[28] Laan, E. T. M., Klein, V., Werner, M. A., van Lunsen, R. H. W., & Janssen, E. (2021). In Pursuit of Pleasure: A Biopsychosocial Perspective on Sexual Pleasure and Gender. *International Journal of Sexual Health*, *33*(4), 516–536. https://doi.org/10.1080/19317611.2021.1965689; Reis J, de Oliveira L, Oliveira C, Nobre P. Psychosocial and Behavioral Aspects of Women's Sexual Pleasure: A Scoping Review. Int J Sex Health. 2021 May 24;33(4):494-515. doi: 10.1080/19317611.2021.1910890. PMID: 38595786; PMCID: PMC10903595.

[29] Herbenick D, Bowling J, Fu TJ, Dodge B, Guerra-Reyes L, Sanders S. Sexual diversity in the United States: Results from a nationally representative probability sample of adult women and men. PLoS One. 2017 Jul 20;12(7):e0181198. doi: 10.1371/journal.pone.0181198. PMID: 28727762; PMCID: PMC5519052.

[30] Sagarin BJ, Cutler B, Cutler N, Lawler-Sagarin KA, Matuszewich L. Hormonal changes and couple bonding in consensual sadomasochistic activity. Arch Sex Behav. 2009 Apr;38(2):186-200. doi: 10.1007/s10508-008-9374-5. Epub 2008 Jun 19. PMID: 18563549. Lee EM, Klement KR, Ambler JK, Loewald T, Comber EM, Hanson SA, Pruitt B, Sagarin BJ. Altered States of Consciousness during an Extreme Ritual. PLoS One. 2016 May 13;11(5):e0153126. doi: 10.1371/journal.pone.0153126. PMID: 27175897; PMCID: PMC4866757.

[31] Baumeister, R. F. (1988). Masochism as escape from self. *Journal of Sex Research, 25*(1), 28–59. https://doi.org/10.1080/00224498809551444; Williams DJ, Sprott RA. Current biopsychosocial science on understanding kink. Curr Opin Psychol. 2022 Dec;48:101473. doi: 10.1016/j.copsyc.2022.101473. Epub 2022 Sep 28. PMID: 36274435.

known among many as a form of "adult play," and represents a leisure activity which people use to find community, enjoyment, personal development and escape from their normal, everyday lives.[32]

**Collective Sex Environments:** OM is sometimes engaged in in private settings, and sometimes in group settings. Collective sex environments is a neutral term describing various setting in which individuals may gather in order to engage in sexual behaviors around, or with, other individuals. This area came under academic study in the 1980's related to gay male bathhouses, but in recent years has been extended to include a wide variety of social and cultural groups, including heterosexual swingers, as well as lesbians.[33] Similar to the practices of OM, it is noted that among lesbian and bisexual women in collective sex environments, there are noted higher levels of verbal discussion and explicit negotiation of consent.[34]

**E. Opinions Regarding Grooming and Coercive Control**

Dr. Ley will testify as to the challenges with use of the term "grooming," explaining the scientific and clinical limitations of this concept, particularly in matters of law. The term grooming, or "sexual grooming," is a term used to describe patterns of behavior observable in the actions of many individuals who commit sexual offenses. Grooming describes the ways in which sexual offenders prepare an individual to be more amenable to participation, or susceptibility, to the perpetrator's influence. Grooming also serves to increase the likelihood that a victim will keep the interactions secret, thereby protecting the perpetrator. Finally, grooming may also serve to prepare an environment, or a social network, to increase a perpetrator's access to a potential victim(s) and decrease the likelihood of the perpetrator being exposed or confronted, after abuse has occurred.

"Grooming is generally regarded as prior activities intended to prepare the child for abuse, not actually illegal or abusive activities themselves," according to Bennett and

---

[32] Williams, D.J., Prior, E. E., Alvarado, T., Thomas, J. N., & Christensen, M. C. (2016). Is bondage and discipline, dominance and submission, and sadomasochism recreational leisure? A Descriptive exploratory investigation. *The Journal of Sexual Medicine*, *13*(7), 1091–1094. https://doi.org/10.1016/j.jsxm.2016.05.001

[33] Meunier É, Escoffier J, Siegel K. Rethinking Risks and Interventions Beyond HIV: The Importance of Contextualizing Collective Sex. Arch Sex Behav. 2019 Jan;48(1):51-56. doi: 10.1007/s10508-018-1214-7. Epub 2018 Apr 16. PMID: 29663163. Frank K. Rethinking Risk, Culture, and Intervention in Collective Sex Environments. Arch Sex Behav. 2019 Jan;48(1):3-30. doi: 10.1007/s10508-018-1153-3. Epub 2018 May 10. PMID: 29748787.

[34] Hammers, C. (2009). An Examination of Lesbian/Queer Bathhouse Culture and the Social Organization of (Im)Personal Sex. Journal of Contemporary Ethnography, 38(3), 308-335. https://doi.org/10.1177/0891241608317081

O'Donohue.[35] "Grooming differs from normal interactions due to the underlying, deviant intention, which may be understandably difficult to identify."[36] The term grooming is more often used as a colloquial term, used by laypersons to describe complex phenomena and behavior patterns, whereas researchers and clinicians apply nuance and specificity to distinguish and identify behaviors of individuals involved in sexual offending. In recent years, researchers have developed a Sexual Grooming Model (SGM)[37] and have begun testing and validating a victim self-report assessment of grooming (Sexual Grooming Scale – Victim Version)[38] though this model, and any existing measures, have not been tested to distinguish between criminal behavior and innocent social behaviors. A recent pilot study to develop a measure to assess grooming through self-report by perpetrators yielded poor support for the instrument due to limited self-awareness in perpetrators.[39] Thus, while there is increasing scientific foundations on which to assess or evaluate grooming, this remains a developing field.

Past research on the concept of grooming found that it was often inconsistently defined, containing a variety of heterogeneous behaviors. Victims and perpetrators often describe events differently, complicating the identification of grooming. Within treatment of sexual offenders, grooming is recognized as a concept of limited value, as it may over-pathologize socially desirable behaviors and taint perception of an individual's future behaviors. Notably, modern treatment of sexual offenders often attempts to increase prosocial behaviors, which may sometimes resemble grooming.[40] The concept of grooming also assumes that an individual offender's behaviors are linear, organized and planned, characteristics which are often not well supported in research or clinical practice. Many assume that offenders use grooming in a planned, Macchiavellian manner with desired outcomes identified by the offender well in

---

[35] Bennett, N., & O'Donohue, W. (2014). The construct of grooming in child sexual abuse: Conceptual and measurement issues. Journal of Child Sexual Abuse, 23(8), 957–976. https://doi.org/10.1080/10538712.2014.960632

[36] Winters, G.M., Jeglic, E.L., & Kaylor, L.E. (2020). Validation of the Sexual Grooming Model of Child Sexual Abusers. *Journal of Child Sexual Abuse, 29*, pg 14.

[37] Winters, G.M., Jeglic, E.L., & Kaylor, L.E. (2020). Validation of the Sexual Grooming Model of Child Sexual Abusers. *Journal of Child Sexual Abuse, 29*, 855 - 875.

[38] Winters, G. M., & Jeglic, E. L. (2022). The Sexual Grooming Scale—Victim Version: The development and pilot testing of a measure to assess the nature and extent of child sexual grooming. *Victims & Offenders, 17*(6), 919–940. https://doi.org/10.1080/15564886.2021.1974994

[39] Wolf MR, Pruitt DK, Leet T. Lessons Learned: Creation and Testing of a New Instrument (*Sex Offenders Grooming Assessment*) for Measuring Sex Offenders' Perceptions of Their Grooming Behaviors. J Child Sex Abus. 2021 Oct;30(7):785-805. doi: 10.1080/10538712.2021.1970681. Epub 2021 Aug 23. PMID: 34425731.

[40] Eg the "Good Lives Model" Kaylor LE, Jeglic EL. Integrating Strength-Based Approaches Into Cognitive Behavioral Therapy for Those Who Sexually Offend. J Correct Health Care. 2022 Oct;28(5):287-295. doi: 10.1089/jchc.21.04.0031. Epub 2022 Sep 19. PMID: 36125355.; Lutz M, Zani D, Fritz M, Dudeck M, Franke I. A review and comparative analysis of the risk-needs-responsivity, good lives, and recovery models in forensic psychiatric treatment. Front Psychiatry. 2022 Oct 31;13:988905. doi: 10.3389/fpsyt.2022.988905. PMID: 36386990; PMCID: PMC9659584.

advance. In contrast, most offenders act impulsively, without planning or clear conscious intent.

It is known that some perpetrators of sexual abuse specifically identify vulnerable children or persons, many of whom have prior abuse histories, give them gifts, and engage in sexualized discussions to desensitize the children to future sexual assault.[41] However, everyone who gives a person a gift or shows concern is clearly not a potential sexual criminal, nor are the many people who attempt to support persons with traumatic histories. Accordingly, there are limitations which exist in identifying behaviors as grooming, in that many behaviors retrospectively called grooming may also be prosocial behaviors used by caring, committed persons in various environments to develop trusting healthy relationships.

Due to the difficulties in distinguishing between prosocial behaviors and actual grooming behaviors, the latter can only be reliably identified retrospectively after the abuse has occurred, been proven to occur, or an offender has confessed to attempting abuse. Furthermore, not all grooming results in completed sexual abuse, and not all sexual abuse is predicated on grooming behaviors. In recognition of those complexities, laws in the US and the UK offer additional punishment in sentencing to offenders who showed children child sexual abuse material, based on the idea that such acts are grooming efforts to increase susceptibility to sexual abuse. However, the act of showing a child such material is a form of sexual abuse and a crime in and of itself. Exposing a child to pornography is the only form of grooming criminalized in the United States, and general efforts to criminalize grooming have focused on electronic enticement.[42]

Due to these conceptual difficulties, a more precise definition of grooming was proposed which limited grooming to "antecedent inappropriate behavior that functions to increase the likelihood of future sexual abuse," with two additional limitations:

- the behavior being evaluated must in and of itself be inappropriate and a case for this inappropriateness must be made
- a sound argument must be presented that the behavior or behaviors increase the likelihood of future sexual abuse.[43]

---

[41] Seto, M. (2008). Pedophilia. In D.R. Laws & W. O'Donohue (Eds.), Sexual deviance: Theory, assessment, and treatment.
[42] Kaylor, L. E., Winters, G. M., Jeglic, E. L., & Cilli, J. (2023). An analysis of child sexual grooming legislation in the United States. *Psychology, Crime & Law*, *29*(9), 982–1000. https://doi.org/10.1080/1068316X.2022.2043313
[43] Bennett, N., & O'Donohue, W. (2014). The construct of grooming in child sexual abuse: Conceptual and measurement issues. Journal of Child Sexual Abuse, 23(8), 957–976. https://doi.org/10.1080/10538712.2014.960632

The prosecution has introduced expert witness Dr. Chitra Raghavan, to testify on the concept of "coercive control," as it allegedly applies to actions by the defendants. The defense expects Dr. Ley to testify as to how the concept of "coercive control" is an extension of the vague concept of grooming to a broader group of persons and behaviors, including domestically-violent relationships and sexually exploitive relationships, and that the concept still suffers from the same methodological and theoretical limitations as grooming. Dr. Ley will testify that there remain no well-validated, normed assessments to objectively or consistently measure "coercive control."

**F. Bases and Reasons**

Dr. Ley's testimony will be based on his training, experience, and research in this field. As documented in his enclosed curriculum vitae, Dr. Ley has actively worked in the areas of psychology and human sexuality for well over two decades, treating many thousands of individuals. He has treated countless individuals with sexual offense histories over his long career. He has published dozens of research and clinical articles as well as three highly read books about sexuality for the lay audience. He has trained thousands of mental health clinicians around the world on issues related to human sexuality and sex therapy, and has supervised hundreds of sex therapists in their training and clinical development. Dr. Ley participates in constant ongoing continuing education and review of developing areas of sexual and psychological science. His work, as well as additional research discussing sexuality and psychology matters are cited herein and included in Appendix A. Furthermore, through his teaching, supervision and research, he is familiar with the larger body of qualitative research in this field. As an editor of the Archives of Sexual Behavior, Dr. Ley is constantly reviewing and judging developing scientific and clinical literature in the field. As a clinical psychologist, Dr. Ley has conducted hundreds of extensive clinical interviews of women regarding sexual functioning and the impact of sexual trauma on their sexual experiences. Dr. Ley reviewed materials provided by defense counsel, including the government's Motion in Limine. He also reviewed research on OM available in the general scientific literature.Dr. Ley reserves the right to amend his opinion in the face of other material or information related to this matter.

**II. Qualifications**

As noted above, Dr. Ley's qualifications are documented in his curriculum vitae, which is enclosed. His curriculum vitae documents his professional experience, as well as his publications over the last ten years. In sum, Dr. Ley is a board-certified licensed clinical psychologist and a board-certified sex therapist and supervisor of sex therapy, whose clinical work, research, publications, and teaching have focused on the intersections of sexual health, psychology and mental health treatments. Dr. Ley is the Executive Director of New Mexico Solutions, a large outpatient behavioral health and substance use agency in New Mexico. Dr. Ley was appointed by

the Governor of New Mexico to the Board of Professional Examiners of Psychology, where he serves as Vice-Chair, overseeing the regulation of psychology in New Mexico. Dr. Ley was elected to the board of directors of the National Council for Mental Well-Being, one of the the most prominent mental health advocacy groups in the country. He also serves on the Advisory Board of the Sexual Health Alliance, a training institution providing sexual health education each year to many therapists around the world. Through the Sexual Health Alliance, as well as other conferences and venues, Dr. Ley provides training and formal clinical supervision on sexuality and psychology to many hundreds of individuals each year. Dr. Ley is an editor of the Archives of Sexual Behavior, one of the leading research and clinical journals in the field of sexual science. Dr. Ley has been retained as an expert on matters related to “grooming” and sexual offending and has been deemed an expert in topics such as sexuality, psychology, pornography and sexual diversity in federal and state courts across the country.

**III. Cases**

The following is a list, to the best of Dr. Ley’s recollection and ability to reconstruct other cases in which he has been retained or testified as an expert at trial or by deposition.

September 2024 - CO v Vanderpouye. 16CR425. Retained by defense as expert on sexuality, psychology and memory.
July 2024 – OR v Christopher Gibson. SP-23-345798. Retained by defense as expert on BDSM and gay sexual culture. Submitted expert report for settlement proceedings.
May 2024 – State of NM v Skyler Sheldon DA 2022-04249-1. Retained as expert on memory and sexuality. Pre-trial interview 5/18/2024.
May 2024 – Georgia vs Kofler. Superior Court of Gwinnet County, Georgia. Retained by defense as expert on sexual diversity and role-play. Admitted and qualified as expert on clinical psychology, sexuality, online sexuality, age-play and sexual role-playing and gay male sexual culture. Testified at trial.
April 2024 – AC et al v Jason Hollis-Reynolds et al. No D.-202-CV-2020-05169. Retained as expert on psychology and sexual harassment.
April, 2024 – R v Lyver. Supreme Court of Newfoundland and Labrador. Testified in qualifying hearing as expert on memory and recovered memory. Retained by defense.
April 2024. Doe, et al. v Mindgeek. Retained by defense as expert on pornography. Report submitted June 2024.
March 2024 – USA v Andrew Butler. US District Court, AZ. #AW1-AZXFPD24-0012. Retained by defendant in criminal cases as expert witness regarding BDSM and pornography. Expert report submitted to court. Accepted as expert, testified in trial.
October, 2023 – State of MT v Andrew Beckett. Retained by defendant in criminal cases as expert witness regarding BDSM, sexual assault. Expert report submitted to court. Case settled before trial.
August 2023 – State of MD v Keshi Parker. CC-23-000217. Retained by defendant in

criminal cases as expert witness regarding BDSM. Case in Howard County settled without trial. Case in PG County resolved without trial.

August, 2023 – Free Speech Coalition, Inc. et al v Attorney General of Texas. No. 1:23-cv-00917-DAE. Retained as expert consultant and witness regarding the effects of pornography viewing. Multiple expert reports submitted to court.

April 2023 – Jones v State of Washington Case No 22-2-11163-3 SEA. Retained by defense as expert witness on memory and recovered memory claims. Declarations on expert testimony submitted. Case settled prior to trial

January 2023 – Rollins v SBC. 10174.003; Rollins v. SBC, et. Al. Retained by defense as expert witness on memory and recovered memory claims. Declarations on expert testimony submitted. Case settled prior to trial.

January 2023 – USA v Dennis. Retained by prosecution as consultant and expert witness on sexuality and BDSM for court martial. Case resolved without sworn testimony.

December 2022 – NM v Lee. D-202-CR-2022-01438. Retained by defense as expert on effects of alcoholism on memory and blackouts. Case plead prior to trial.

December 2022 – Nevada v O'Gorman. No. RCR2021-116300. Retained by defense as expert on psychology of sexwork. Testified at initial hearing. Qualified as expert by judge. Testified as expert at trial.

April 2022 - M.S., P.M., et al., v. State of Washington No. 19-2-06192-34. Retained by state (defendant) as expert witness regarding psychology of memory and "recovered memories." Case resolved prior to trial without deposition or testimony.

April 2022 - D.E., et al., v. State of Washington. No.: Thurston County Superior Court No. 21-2-02019-34. Retained by state (defendant) as expert witness regarding psychology of memory and "recovered memories." Case resolved prior to trial without deposition or testimony.

April 2022 - T.V. v. State of Washington; No. 21-2-06819-9. Retained by state (defendant) as expert witness regarding psychology of memory and "recovered memories." Deposed. Case settled during trial prior to my testimony.

March 2022 - JR. v State of Washington; Cause No 19-2-10294-8. Retained by state (defendant) as expert witness regarding psychology of memory and "recovered memories." Case resolved prior to trial without deposition or testimony.

November, 2021 – (J.R.) (KS) v DSHS, et al. v STATE Court/Cause No.: Pierce Co. Superior Court / Cause No. 19-2-10294-8. Retained by state (defendant) as expert witness regarding psychology of memory and "recovered memories." Declaration provided. Case settled prior to trial.

October, 2021 – Harris v State of Washington. 21-2-05008-1 SEA. Retained by state (defendant) as expert witness regarding psychology of memory and "recovered memories." Declaration provided. Case settled prior to trial.

October 2020 – SS v State of Washington 19-2-09341-8. Retained by state (defendant) as expert witness regarding psychology of memory and "recovered memories." Case settled

prior to trial.

September 2020 - USA vs Arthur, NO P-19-CR-774. Retained by defense as expert witness regarding scientific issues related to pedophilia, obscenity and written stories. Trial in January 2021, testimony excluded. 5th Circuit Appeals reversed exclusion.

June 2020 – Fooks vs Acadia Healthcare Company Inc. D-117-CV2019-00136. State of New Mexico, First Judicial District. Retained by defense as expert witness regarding therapeutic foster care services practices in New Mexico. Deposed. Case resolved without expert testimony.

May 2020 - Colorado v Garcia-Ramires 19CR1792. Retained as defense expert witness regarding sexuality. Qualified as expert witness in sexuality and psychology, with trial testimony provided. Defendants acquitted in jury trial, February 2022.

March 2020 - Lloyd's, London (Beazley, IC Group, Pardus), North American Capacity Insurance Company and Allianz vs Frantic, Inc. and James Hetfield. Retained as expert witness on claims of sex and alcohol addiction as they relate to claims of insured loss. Case resolved without litigation.

February 2020 – US vs SrA Heresh; Western Circuit, Department of Air Force. Appointed as forensic psychology expert regarding bipolar disorder and BDSM sexuality practices. Case and charges were dismissed without trial or testimony.

July 2019 – Shanna Shelton v Derek Shelton, Evansville, IN. 82D05-1805-DC-000610. Retained as expert witness/consultant in custody case regarding sex addiction treatment and the Sexual Dependency Inventory. Case was settled without testimony.

March 2019 – Pegasus, GAL for AB, et al, v Teambuilders, et al. D-1011-CV-2016-02760. Retained, deposed as expert witness regarding treatment foster care services in New Mexico. Case was settled without testimony at trial.

January 2019 – Lloyds of London v MRC II Distribution Company, re "House of Cards." Retained as expert witness on claims of sex addiction as they relate to claims of insured loss. Case pending civil trial in California.

April 2018 – Fernando L. Frye Hearing – Appellate Division, Fourth Department, Utica NY. Retained as Expert witness on hypersexuality. Testified at trial.

December 2017 – Collette Russell v Nebo School District. 2:16-cv-00273-DS. Retained, deposed as expert on sexual offending. Deposed April 2, 2018. Case was settled without trial in Fall 2019.

October 2016: Colorado vs Crumpler, Colorado Springs. 15CR2430. Retained as expert witness on polyamory. Preliminary report offered. No testimony or deposition. Case was resolved prior to trial.

September 2016: USA vs Lockwood, San Antonio, TX. Retained as expert witness on BDSM and alternative sexual practices. Case was ultimately settled without testimony.

July 2015: Disability Rights New Mexico. Retained as expert witness/consultant for potential class action involving Medicaid policy and behavioral health treatment. Case was never filed.

July 2015: Cleveland Metro. Bar Assn. v. Sleibi, 144 Ohio St.3d 257, 2015-Ohio-2724. Qualified and testified as expert witness about the diagnosis and treatment of alleged sex addiction.

Signed,

David J. Ley PhD. ABPP
Albuquerque, NM
October 21, 2024