# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Celia Cohen
Tel: 646.346.8002
Fax: 212.223.1942
cohenc@ballardspahr.com

Michael P. Robotti
Tel: 646.346.8020
Fax: 212.223.1942
robottiM@ballardspahr.com

June 1, 2025

*Via ECF*

Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States v. Nicole Daedone and Rachel Cherwitz, 23-CR-146

Dear Judge Gujarati:

     Pursuant to Rule 26.2 of the Federal Rules of Criminal Procedure, defendants Rachel Cherwitz and Nicole Daedone are submitting to the Court for *in camera* review video interviews of Marisa Ward and David Hutchison, whom the defendants intend to call in their case-in-chief. These videos are work-product protected. *See In re GJ Subpoena Dated February 21, 2023*, 23-mc-715-PKC, Dkt. No. 16. Further, following an inquiry by the defendants, the government has failed to detail any steps it has taken since Judge Pamela K. Chen's July 27, 2023 order to reach out to these witnesses. The government, therefore, has not demonstrated substantial need. *See id.*

                             /s/CELIA A. COHEN
                             /s/MICHAEL P. ROBOTTI
                             Celia A. Cohen
                             Michael P. Robotti
                             *Counsel for Rachel Cherwitz*
                             Ballard Spahr LLP
                             1675 Broadway, 19th Floor
                             New York, NY 10019
                             212-223-0200

Honorable Diane Gujarati
June 1, 2025
Page 2

/s/JENNIFER BONJEAN
/s/KELSEY H. KILLION

Jennifer Bonjean

Kelsey H. Killion
*Counsel for Nicole Daedone*
Bonjean Law Group, PLLC
303 Van Brunt Street, 1st Floor
Brooklyn, NY 11231
718-875-1850