# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Celia Cohen
Tel: 646.346.8002
Fax: 212.223.1942
cohenc@ballardspahr.com

Michael Robotti
Tel: 646.346.8020
Fax: 212.223.1942
robottiM@ballardspahr.com

June 1, 2025

Kayla Bensing
Kaitlin T. Farrell
Nina C. Gupta
Sean Fern
Assistant U.S. Attorneys
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201

Re:   United States v. Nicole Daedone and Rachel Cherwitz, 23-CR-146

Dear Counsel:

Pursuant to Rule 26.2 of the Federal Rules of Criminal Procedure, defendants Rachel Cherwitz and Nicole Daedone are providing discovery via a separate secure link. The defendants have previously produced Rule 26.2 material as part of their Rule 16 productions, dated April 20, 2025, April 28, 2025, and May 4, 2025.

Respectfully submitted,

/s/Celia Cohen/Michael Robotti
*Counsel for Rachel Cherwitz*
Ballard Spahr, LLC

/s/Jennifer Bonjean/Kelsey Killion
*Counsel for Nicole Daedone*
Bonjean Law Group, PLLC