**MANDATE**

E.D.N.Y. – Bklyn.
23-cr-146
Gujarati, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of April, two thousand twenty-five.

Present:
> Dennis Jacobs,
> Denny Chin,
> Raymond J. Lohier, Jr.,
> *Circuit Judges*.

_____

In Re: Rachel Cherwitz,

> *Petitioner*,                                             25-553

********************

Rachel Cherwitz, Nicole Daedone,

> *Petitioners*,

  v.

United States of America,

> *Respondent*.

_____

Petitioners request a writ of mandamus and move to stay the district court proceedings pending resolution of the mandamus petition. OneTaste, Inc. moves to intervene. Upon due consideration, it is hereby ORDERED that the motion to intervene is DENIED. It is further ORDERED that the mandamus petition is DENIED because petitioners have not demonstrated that exceptional circumstances warrant the requested relief. *See Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 380–81 (2004). The motion to stay the district court proceedings pending resolution of the mandamus petition is DENIED as moot.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

**MANDATE ISSUED ON 06/04/2025**