UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
United States of America

    v.

Rachel Cherwitz and Nicole Daedone,

                      Defendants.
------------------------------------------------------------------X

**VERDICT FORM**
23-CR-00146 (DG)

## FORCED LABOR CONSPIRACY

How do you find the Defendant Rachel Cherwitz?

    Guilty __X__        Not Guilty _____

How do you find the Defendant Nicole Daedone?

    Guilty __✓__        Not Guilty _____

Dated: ___6/9___, 2025
Brooklyn, New York

_____
FOREPERSON

