Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Eastern District of New York

Caption:

United States v.

Rachel Cherwitz and Nicole Daedone

Docket No.: 23 CR 146 (DG)

Hon. Diane Gujarati
(District Court Judge)

Notice is hereby given that Nicole Daedone appeals to the United States Court of Appeals for the Second Circuit from the judgment ___, other ✓ order of detention pending sentencing (specify) entered in this action on June 10, 2025.
(date)

This appeal concerns: Conviction only | __ | Sentence only | __ | Conviction & Sentence | __ | Other ✓

Defendant found guilty by plea | | trial ✓ | N/A |

Offense occurred after November 1, 1987? Yes ✓ No | __ | N/A | __ |

Date of sentence: _____ N/A ✓

Bail/Jail Disposition: Committed ✓  Not committed | | N/A |

Appellant is represented by counsel? Yes ✓ | No | | If yes, provide the following information:

Defendant's Counsel: Jennifer Bonjean

Counsel's Address: 303 Van Brunt Street, 1st Floor
Brooklyn, NY 11231

Counsel's Phone: 718-875-1850

Assistant U.S. Attorney: Kaitlin T. Farrell

AUSA's Address: 271-A Cadman Plaza East
Brooklyn, NY 10001

AUSA's Phone: 718-254-7000

Signature