IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 23 CR 146 |
| Plaintiff, ) | |
| ) | Honorable Diane Gujarati |
| v. ) | |
| ) | |
| NICOLE DAEDONE, *et al.,* ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

**Kelsey H. Killion**, one of the attorneys of record for **Defendant Nicole Daedone**, respectfully moves this Court for leave to withdraw as counsel for Defendant pursuant to Local Criminal Rule 1.2 and Local Civil Rule 1.4. Ms. Killion is no longer associated with the firm Bonjean Law Group and will not be able to continue with Defendant's representation. Defendant will continue to be represented by lead attorney of record, Jennifer Bonjean of Bonjean Law Group. No party will be prejudiced if Ms. Killion is permitted to withdraw her appearance. Therefore, Ms. Killion respectfully seeks leave of Court to withdraw from the representation.

WHEREFORE, counsel respectfully asks the Court to grant this Motion to Withdraw.

Dated: August 5, 2025                              Respectfully submitted,

                                                                /s/ Kelsey H. Killion_____

                                                                Kelsey H. Killion, Esq.
                                                                53 W Jackson Blvd., Suite 1424
                                                                Chicago, IL 60604
                                                                (773) 505-5696
                                                                killion@kelseyhkillionlaw.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing and/or electronic mail on August 5, 2025.

Respectfully submitted,

/s/ Kelsey H. Killion_____

Kelsey H. Killion, Esq.
53 W Jackson Blvd., Suite 1424
Chicago, IL 60604
(773) 505-5696
killion@kelseyhkillionlaw.com