**MANDATE**

E.D.N.Y.
23-cr-146
Gujarati, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

———————————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of July, two thousand twenty-five.

Present:

> Richard J. Sullivan,
> Michael H. Park,
> Steven J. Menashi,
>    *Circuit Judges*.

---

United States of America,

>    *Appellee*,
>
>    v.                                          25-1535(L), 25-1537(Con)

Rachel Cherwitz, Nicole Daedone,

>    *Defendants-Appellants*.

---

Appellants Rachel Cherwitz and Nicole Daedone move for reversal of the district court's order entered on June 10, 2025, remanding them to custody pending sentencing. They also request immediate release pending the disposition of this appeal of the district court's remand order. The government opposes the motion.

Upon due consideration, it is hereby ORDERED that the June 10, 2025 order of the district court is AFFIRMED and the motion for reversal of the district court's order and for immediate release is DENIED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 09/10/2025**