

233 Broadway, Suite 707
New York, NY 10279

53 W Jackson Blvd, Suite 315
Chicago, Illinois 60604

Tel: 718.875.1850
Fax: 718.230.0582

www.bonjeanlaw.com

October 20, 2025

*Via ECF*

Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     United States v. Nicole Daedone and Rachel Cherwitz, 23-CR-146

Dear Judge Gujarati:

    Defendants write to request a two-week extension in which to file their sentencing memorandum which is currently due October 29, 2025. The government consents to this request, but requests that their response be due on November 26, 2025.

    The reason for the request is as follows: On October 17, 2025, Probation disclosed its final PSR with lengthy addendums that incorporated new information, new facts, new theories, and in the case of Ms. Daedone, recommended a new enhancement that would push Ms. Daedone's offense level up two levels if adopted. At this point, the offense level of 38 proposed by probation would call for a guidelines sentence that could exceed the statutory maximum for Ms. Daedone, a first-time offender. Additionally, probation disclosed victim impact statements on which it now relies to justify the application of certain enhancements to which Defendants objected. For the first time, probation advanced restitution arguments that Defendants have not yet had an opportunity to consider.

    In light of the significant additions and modifications to the PSR along with the increased offense level proposed as to Ms. Daedone, Defendants respectfully request a short extension of time to file their sentencing memos. Given that probation seems to be urging an extreme sentence for both Defendants that exceed typical guidelines ranges for convicted child sex traffickers, Defendants must be afforded ample opportunity to prepare its sentencing memo. The issues are novel and thorny. Defense counsel must also review the addendums and final PSR with their clients who remain incarcerated.

    This is defendants' third request for an extension.  In the prior request, defendants only requested a month adjournment with the understanding that they would have the

233 Broadway, Suite 707
New York, NY 10279

53 W Jackson Blvd, Suite 315
Chicago, Illinois 60604

Tel: 718.875.1850
Fax: 718.230.0582

www.bonjeanlaw.com

updated PSR three weeks prior to the due date of the sentencing submission. Given the delay in the updated PSR and reasons set forth above, a third extension is necessary.

Accordingly, Defendants respectfully submit this request for an adjournment of their sentencing submissions until November 12, 2025, with the government's response due on November 26, 2025.

Sincerely,

/s/JENNIFER BONJEAN
*Attorney for Nicole Daedone*

/s/CELIA COHEN
*Attorney for Rachel Cherwitz*