## _Notice of Request to Submit Electronic Evidence_

**Case Number:** 23CR146

**Filing Party Name:** Nicole Daedone

**Enter the Document number of the docket entry for which the exhibit should be linked. Enter "N/A" if not applicable.** 471

**If the format is PDF, why hasn't it been docketed electronically?**