

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KTF/NCG/SMF  *271 Cadman Plaza East*
F. #2018R01401  *Brooklyn, New York 11201*

November 21, 2025

By ECF

The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Cherwitz, et al.
              Criminal Docket No. 23-146 (DG)

Dear Judge Gujarati:

      The government respectfully writes to request a brief extension of the date by which its sentencing memoranda as to defendants Rachel Cherwitz and Nicole Daedone are due, which is currently November 26, 2025, until December 10, 2025.

      Good cause exists for a brief extension.

      First, the defendants' sentencing submissions, filed just two days ago, are unusually lengthy. Defendant Cherwitz's sentencing memorandum is 89 pages and defendant Daedone's is 86 pages. Both memoranda raise new assertions and legal arguments that could not reasonably have been anticipated. Preparing a complete and accurate response will require additional time; the government must review and analyze the arguments, verify the underlying factual and legal claims, and assess the new theories the defendants have advanced.

      Second, although the defendants have indicated that they intend to rely on certain electronic evidence in support of their submissions, the government has not yet received those materials. The government cannot meaningfully address, contextualize, or rebut evidence it has not been provided, and additional time is necessary to obtain, review and evaluate those materials once they are produced.

      Third, the Thanksgiving holiday falls squarely within the current briefing period. Because many supervisory personnel will be unavailable for part of the week, meaningful supervisory review – required before any filing – is significantly constrained.

<u>Finally</u>, the defendants have submitted numerous letters in support of their clients, and the government needs adequate time to review those letters, consider the issues they raise, and determine whether any require further factual development or legal response.

For these reasons, the government respectfully requests an extension of its sentencing memoranda deadline to December 10, 2025. This is the government's first request for an extension.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/
Kaitlin T. Farrell
Nina C. Gupta
Sean M. Fern
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of the Court (DG) (by ECF and email)
     All Counsel of Record (by ECF and email)