

233 Broadway, Suite 707
New York, NY 10279

53 W Jackson Blvd, Suite 315
Chicago, Illinois 60604

Tel: 718.875.1850
Fax: 718.230.0582

www.bonjeanlaw.com

January 26, 2026

Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Cherwitz, et al.*
Criminal Docket No. 23-146 (DG)

Dear Judge Gujararti:

I write to request that this Court consider this response to this Court's order entered on January 22, 2026. The Court's order that Defendant respond by letter the day after the Order was entered on January 23, 2026 was overlooked by undersigned and her staff. Undersigned counsel expresses deep regret for this oversight. It was certainly not purposeful. Defendant is entitled to effective assistance of counsel, and she should not be punished for this oversight by her counsel. Moreover, the government is not prejudiced by the slight delay in responding. Respectfully, Defendant asks this Court to consider this short response.

With that said, Defendant responds as follows. Defendant contends that the record is insufficient to establish that the sale of OneTaste constitutes proceeds of the forced labor conspiracy and that her specific account holdings are traceable to the $12M. It is the government's burden to prove the nexus between the offense of conviction and any amount of the proceeds from the $12M sale of OneTaste. Thus, it is for the government to decide what evidence it seeks to present at a hearing to meet its burden. If the government chooses to rely on testimony from the trial, Defendant maintains that the evidence is insufficient and falls far short of explaining how it reached its determination for all the reasons raised in Defendant's letter. Depending on what evidence the government relies on, Defendant may seek to present testimony from witnesses who could speak to alternative funding sources that were available to OneTaste, as well as an expert who could shed light on the value of OneTaste and whether it can be connected in any way to the alleged forced labor conduct.

That is what Defendant envisions for a hearing. But Defendant maintains that it is the government's burden and the evidence received at trial was insufficient as a matter of

233 Broadway, Suite 707
New York, NY 10279

53 W Jackson Blvd, Suite 315
Chicago, Illinois 60604

Tel: 718.875.1850
Fax: 718.230.0582

www.bonjeanlaw.com

law to satisfy it. The government would need to present evidence of a nexus and only then will Defendant know exactly what type of evidence she would present to rebut it.

Sincerely,


/s/JENNIFER BONJEAN