# Ballard Spahr
### LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820

TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Celia A. Cohen
Tel: 646.346.8002
Fax: 212.223.1942
cohenc@ballardspahr.com

April 1, 2026

*Via ECF*

Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     *United States v. Rachel Cherwitz and Nicole Daedone*, 23-CR-146

Dear Judge Gujarati:

Nicole Daedone and Rachel Cherwitz were sentenced on March 30, 2026, to 108 and 78 months' imprisonment, respectively (ECF 521 and 523). We write to respectfully request, pursuant to Rule 38(b)(2) of the Federal Rules of Criminal Procedure, that the Court issue the attached proposed order recommending that the Bureau of Prisons ("BOP") allow Ms. Daedone and Cherwitz to remain at the Metropolitan Detention Center in Brooklyn to facilitate access to their appellate counsel pending the filing of the briefs in their anticipated appeal.

Rule 38(b)(2) provides that "[i]f the defendant is not released pending appeal, the court may recommend to the Attorney General that the defendant be confined near the place of the trial or appeal for a period reasonably necessary to permit the defendant to assist in preparing the appeal." Fed. R. Cr. Proc. 38(b)(2). *See e.g., United States v. Carl*, No. 07-CR-29-P-S, 2008 WL 4615556 (D. Me. Oct. 16, 2008) (issuing similar order).

Honorable Diane Gujarati
April 1, 2026
Page 2

Respectfully submitted,

/s/CELIA A. COHEN

Celia A. Cohen
*Counsel for Rachel Cherwitz*
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019
212-223-0200

/s/JENNIFER BONJEAN
Jennifer Bonjean
*Counsel for Nicole Daedone*
Bonjean Law Group, PLLC
233 Broadway, Suite 707
New York, NY 10279
718-875-1850

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                    :

UNITED STATES OF AMERICA,            :  Case No. 23-CR-146 (DG)

                                    :

                                  :  **[PROPOSED] ORDER**

        vs.                      :

                                  :

                                  :

RACHEL CHERWITZ AND NICOLE DAEDONE, :

          Defendants.        :

                                  :
---------------------------------------------------------------X

## [PROPOSED] ORDER

Pursuant to Federal Rule of Criminal Procedure 38(b)(2), the Court RECOMMENDS to the Bureau of Prisons that defendants Rachel Cherwitz and Nicole Daedone remain confined at the Metropolitan Detention Center in Brooklyn, New York, until their appeal has been fully briefed to facilitate access to appellate counsel. A copy of this Order shall be forwarded to the Bureau of Prisons.

SO ORDERED

_____          _____

HONORABLE DIANE GUJARATI         DATE
UNITED STATES DISTRICT JUDGE