**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

Eastern District of New York

Caption:

United States v.

Nicole Daedone

Docket No.: 1:23-cr-00146-DG

Hon. Diane Gujarati
(District Court Judge)

Notice is hereby given that Nicole Daedone appeals to the United States Court of

Appeals for the Second Circuit from the judgment [✓], other [ ] _____
(specify)

entered in this action on March 31, 2026
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [

Defendant found guilty by plea [ ] trial [✓]   N/A [

Offense occurred after November 1, 1987?  Yes [✓]   No [ ]   N/A [

Date of sentence: March 30, 2026   N/A

Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [

Appellant is represented by counsel?  Yes [✓]   No [   If yes, provide the following information:

Defendant's Counsel:   Alexandra A.E. Shapiro

Counsel's Address:   Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036

Counsel's Phone:   212-257-4881

Assistant U.S. Attorney:   Kayla C. Bensing

AUSA's Address:   271 Cadman Plaza East

Brooklyn, NY 11201

AUSA's Phone:   718-254-6279

/s/ Alexandra A.E. Shapiro
Signature